**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL. – In re: 3M COMBAT ARMS EARPLUG LITIGATION**

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** ROBIN KENNEDY<br><br>**Defendant:** 3M COMPANY, and DOES, ONE Through FIFTY, inclusive | C.D. California | 5:19-cv-00128 | Judge John A. Kronstadt |
| **Plaintiff:** ANDREW BRIDGES<br><br>**Defendant:** 3M COMPANY | C.D. California | 2:19-cv-00327 | Judge John F. Walter |
| **Plaintiff:** JOHN CIACCIO<br><br>**Defendant:** 3M COMPANY and AEARO TECHNOLOGIES, LLC | D. Minn. | 0:19-cv-00179 | |
| **Plaintiff:** WILLIAM PEEK and JARED PULLIAM<br><br>**Defendant:** 3M COMPANY and AEARO TECHNOLOGIES, LLC | D. Minn | 0:19-cv-00192 | |
| **Plaintiff:** MICHAEL LARKIN<br><br>**Defendant:** 3M COMPANY and AEARO TECHNOLOGIES, LLC | D. Minn | 0:19-cv-00194 | |
| **Plaintiff:** BLAKE STINE<br><br>**Defendant:** 3M COMPANY | W.D. Oklahoma | 5:19-CV-00058 | Judge Joe Heaton |
| **Plaintiff:** ELLIOTT D. WERNER<br><br>**Defendant:** 3M COMPANY | W.D. Oklahoma | 5:19-cv-00059 | Judge Timothy D. DeGiusti |
| **Plaintiff:** SCOTT D. ROWE<br><br>**Defendant:** 3M COMPANY | W.D. Texas | 6:19-cv-00019 | Judge Alan D. Albright |