## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re 3M Combat Arms Earplug Products Liability Litigation | MDL No. 2885<br><br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States

Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing

Notice of Opposition (CTO-46) was served electronically via ECF, on December 23,

2019, to opposing counsel as follows:

> Jerry W. Blackwell
> Benjamin W. Hulse
> S. Jamal Faleel
> BLACKWELL BURKE P.A.
> 431 South Seventh Street, Suite 2500
> Minneapolis, MN 55415
> Email: blackwell@blackwellburke.com
> bhulse@blackwellburke.com
> jfaleel@blackwellburke.com
> **Counsel for Defendant 3M Company**

1830981.1

Faris A. Rashid
GREENE ESPEL PLLP
222 S. Ninth Street, Suite 2200
Minneapolis, MN 554402
Email:frashid@greeneespel.com
**Counsel for Defendant Aearo Technologies LLC**

Dated this 23rd day of December, 2019.

/s/ *David G.H. Brackett*
Michael B. Terry
Georgia Bar No. 702582
David G.H. Brackett
Georgia Bar No. 068353
Matthew R. Sellers
Georgia Bar No. 691202
**BONDURANT, MIXSON & ELMORE, LLP**
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
Email: terry@bmelaw.com
        brackett@bmelaw.com
        sellers@bmelaw.com

1830981.1