## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re 3M Combat Arms Earplug Products Liability Litigation<br><br>*Graves v. 3M Co.*, Case No. 19-CV-3094-JRT-KMM (D. Minn.) | MDL No. 2885<br><br>**CORRECTED MOTION TO VACATE CONDITIONAL TRANSFER ORDER 46 WITH RESPECT TO *GRAVES V. 3M CO.*** |

### CORRECTED[1] MOTION TO VACATE CONDITIONAL TRANSFER ORDER 46 WITH RESPECT TO *GRAVES V. 3M CO.*

Pursuant to 28 U.S.C. § 1407, Plaintiff Christopher Graves hereby moves the

Judicial Panel on Multidistrict Litigation to vacate Conditional Transfer Order No. 46

with respect to his case, *Graves v. 3M Co.*, Case No. 19-CV-3094-JRT-KMM (D. Minn.),

or, in the alternative, to stay decision on this motion to vacate until the District of

Minnesota rules on his pending motion to remand or stays his case pending transfer.

Respectfully submitted this 11th day of January, 2020.

*/s/ Michael B. Terry*
Michael B. Terry
Georgia Bar No. 702582
David G.H. Brackett
Georgia Bar No. 068353

---

[1] The motion to vacate filed yesterday inadvertently omitted the Schedule of Actions required by J.P.M.L. Rule 6.1(b) and included some clerical errors related to exhibit numbering. This corrected motion attaches a Schedule of Actions as Exhibit 1 to its supporting brief and corrects the exhibit numbering. Otherwise, it makes no substantive changes.

Matthew R. Sellers
Georgia Bar No. 691202
BONDURANT, MIXSON &
   ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
*Terry@bmelaw.com*
*Brackett@bmelaw.com*
*Sellers@bmelaw.com*

William R. Sieben (#100808)
Alicia N. Sieben (#389640)
Matthew J. Barber (#397240)
SCHWEBEL GOETZ & SIEBEN, P.A.
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: (612) 377-7777
Facsimile: (612) 333-6311
*BSieben@schwebel.com*
*MSieben@schwebel.com*
*MBarber@schwebel.com*

Daniel Gustafson (#202241)
Amanda M. Williams(#341691)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
5120 IDS Center
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
*DGustafson@gustafsongluek.com*
*AWilliams@gustafsongluek.com*

**_ATTORNEYS FOR PLAINTIFF CHRISTOPHER GRAVES_**

1834348.1