# EXHIBIT 1

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re 3M Combat Arms Earplug Products Liability Litigation<br><br>*Graves v. 3M Co.*, Case No. 19-CV-3094-JRT-KMM (D. Minn.) | MDL No. 2885<br><br>SCHEDULE OF ACTIONS |

SCHEDULE OF ACTIONS

Plaintiff Christopher Graves certifies that this motion involves the following action: (1) *Christopher Graves v. 3M Co. & Aearo Technologies, LLC*, United States District Court for the District of Minnesota, Division 4, Case No. 19-CV-3094-JRT-KMM, Chief Judge John R. Tunheim and Magistrate Judge Katherine M. Menendez.

Respectfully submitted this 11th day of January, 2020.

/s/ *Michael B. Terry*
Michael B. Terry
Georgia Bar No. 702582
David G.H. Brackett
Georgia Bar No. 068353
Matthew R. Sellers
Georgia Bar No. 691202
BONDURANT, MIXSON &
  ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

1834105.2

1

2

|  |  |
|---|---|
|  | *Terry@bmelaw.com*<br>*Brackett@bmelaw.com*<br>*Sellers@bmelaw.com* |
| William R. Sieben (#100808)<br>Alicia N. Sieben (#389640)<br>Matthew J. Barber (#397240)<br>SCHWEBEL GOETZ & SIEBEN, P.A.<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402-2246<br>Telephone: (612) 377-7777<br>Facsimile: (612) 333-6311<br>*BSieben@schwebel.com*<br>*MSieben@schwebel.com*<br>*MBarber@schwebel.com* | Daniel Gustafson (#202241)<br>Amanda M. Williams(#341691)<br>GUSTAFSON GLUEK PLLC<br>Canadian Pacific Plaza<br>5120 IDS Center<br>120 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>*DGustafson@gustafsongluek.com*<br>*AWilliams@gustafsongluek.com* |

*ATTORNEYS FOR PLAINTIFF CHRISTOPHER GRAVES*