EXHIBIT 4

CV,EARPLUG

# U.S. District Court
## U.S. District of Minnesota (DMN)
### CIVIL DOCKET FOR CASE #: 0:19-cv-03094-JRT-KMM

Graves v. 3M Company et al
Assigned to: Chief Judge John R. Tunheim
Referred to: Magistrate Judge Katherine M. Menendez
Demand: $50,000
Case in other court: Hennepin County, N/A
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 12/16/2019
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Christopher Graves**                              represented by   **Alicia N Sieben**
Schwebel, Goetz & Sieben
80 S 8th St Ste 5120
Mpls, MN 55402
612-344-0410
Fax: 612-333-6311
Email: asieben@schwebel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amanda M Williams**
Gustafson Gluek PLLC
120 South 6th Street
Suite 2600
Minneapolis, MN 55402
612-333-8844
Fax: 612-339-6622
Email: awilliams@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel E Gustafson**
Gustafson Gluek PLLC
120 South 6th Street
Suite 2600
Mpls, MN 55402
612-333-8844
Fax: 612-339-6622
Email: dgustafson@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Brackett**
Bondurant, Mixson & Elmore
1201 West Peachtree Street, Suite 3900

Atlanta, GA 30309
404-881-4197
Email: brackett@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karla M Gluek**
Gustafson Gluek PLLC
120 South 6th Street
Suite 2600
Mpls, MN 55402
612-333-8844
Fax: 612-339-6622
Email: kgluek@gustafsongluek.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew James Barber**
Schwebel, Goetz & Sieben
80 S. 8th Street
Ste 5120
Minneapolis, MN 55402
612-377-7777
Email: mbarber@schwebel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Sellers**
Bondurant Mixson & Elmore LLP
1201 W Peachtree St NW
Ste 3900
Atlanta, GA 30309
404-881-4186
Fax: 404-881-4111
Email: sellers@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Brian Terry**
Bondurant, Mixson & Elmore
1201 West Peachtree Street, NW
Suite 3900
Atlanta, GA 30309
404-881-4108
Fax: 404-881-4111
Email: terry@bmelaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William R Sieben**
Schwebel Goetz & Sieben, P.A.

    5120 IDS Center
80 South 8th Street
Minneapolis, MN 55402
612-377-7777
Fax: 612-333-6311
Email: wsieben@schwebel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**3M Company**     represented by    **Benjamin W Hulse**
Blackwell Burke PA
431 S 7th St Ste 2500
Mpls, MN 55415
612-343-3200
Fax: 612-343-3205
Email: bhulse@blackwellburke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Jerry W Blackwell**
Blackwell Burke PA
431 S 7th St Ste 2500
Mpls, MN 55415
612-343-3200
Fax: 612-343-3205
Email: blackwell@blackwellburke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **S Jamal Faleel**
Blackwell Burke PA
431 S 7th St Ste 2500
Mpls, MN 55415
612.343.3238
Fax: 612.343.3205
Email: jfaleel@blackwellburke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Aearo Technologies LLC**     represented by    **Faris Rashid**
Greene Espel PLLP
222 S. Ninth Street
Suite 2200
Minneapolis, MN 55402
612-373-8375
Fax: 612-373-0929
Email: frashid@greeneespel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2019 | 1 | NOTICE OF REMOVAL from Hennepin County, case number N/A (filing fee $ 400, receipt number AMNDC-7339881) filed by 3M Company. No summons requested. (Attachments: # 1 Summons and Complaint, # 2 Notice of Filing of Notice of Removal, # 3 Civil Cover Sheet) (Hulse, Benjamin) (Entered: 12/16/2019) |
| 12/16/2019 | 2 | RULE 7.1 DISCLOSURE STATEMENT. There is no parent corporation, publicly held corporation or wholly-owned subsidiary to report for Defendant 3M Company. (Hulse, Benjamin) (Entered: 12/16/2019) |
| 12/16/2019 | 3 | CERTIFICATE OF SERVICE by 3M Company re 1 Notice of Removal, 2 Rule 7.1 - Disclosure Statement (Hulse, Benjamin) (Entered: 12/16/2019) |
| 12/16/2019 | 4 | TEXT ONLY ENTRY: CLERK'S NOTICE OF INITIAL CASE ASSIGNMENT. Case assigned to Judge Eric C. Tostrud per Civil (3rd, 4th - Master) list, referred to Magistrate Judge Tony N. Leung. Please use case number 19-cv-3094 (ECT/TNL). (lmb) (Entered: 12/16/2019) |
| 12/16/2019 | 5 | TEXT ONLY ENTRY: Notice re: Non-Admitted Attorney<br><br>We have received documents listing **Michael B. Terry, David G.H. Brackett, Matthew R. Sellers,** as counsel of record. If he or she wishes to be listed as an attorney of record in this case, he or she must be admitted to the bar of the U.S. District Court of Minnesota in accordance with Local Rule 83.5 (a), (b) and (c) or temporarily admitted pro hac vice in accordance with Local Rule 83.5 (d) or (e).<br><br>For more admissions information and forms, please see the Attorney Forms Section of the courts website at href=http://www.mnd.uscourts.gov/FORMS/court_forms.shtml#attorneyforms. (lmb) (Entered: 12/16/2019) |
| 12/18/2019 | 6 | MOTION to Expedite *Briefing on Motion to Remand* filed by Christopher Graves. (Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/18/2019 | 7 | MEMORANDUM in Support re 6 MOTION to Expedite *Briefing on Motion to Remand* filed by Christopher Graves. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/18/2019 | 8 | NOTICE OF HEARING ON MOTION 6 MOTION to Expedite *Briefing on Motion to Remand* : Date and time to be determined. (Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/18/2019 | 9 | MEET and CONFER STATEMENT re 6 Motion to Expedite filed by Christopher Graves. (Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/18/2019 | 10 | PROPOSED ORDER TO JUDGE re 6 MOTION to Expedite *Briefing on Motion to Remand* filed by Christopher Graves.(Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/18/2019 | 11 | MOTION to Remand to State Court *for Lack of Subject Matter Jurisdiction* filed by Christopher Graves. (Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/18/2019 | 12 | NOTICE OF HEARING ON MOTION 11 MOTION to Remand to State Court *for Lack of Subject Matter Jurisdiction* : Date and time to be determined. (Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/18/2019 | 13 | MEMORANDUM in Support re 11 MOTION to Remand to State Court *for Lack of Subject Matter Jurisdiction* filed by Christopher Graves. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Gustafson, Daniel) (Entered: 12/18/2019) |

| | | |
|---|---|---|
| 12/18/2019 | 14 | MEET and CONFER STATEMENT re 11 Motion to Remand to State Court filed by Christopher Graves.(Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/18/2019 | 15 | PROPOSED ORDER TO JUDGE re 11 MOTION to Remand to State Court *for Lack of Subject Matter Jurisdiction* filed by Christopher Graves.(Gustafson, Daniel) (Entered: 12/18/2019) |
| 12/19/2019 | 16 | NOTICE by Aearo Technologies LLC re 1 Notice of Removal, *CONSENT TO REMOVAL* (Rashid, Faris) (Entered: 12/19/2019) |
| 12/19/2019 | 17 | RULE 7.1 DISCLOSURE STATEMENT. Aearo LLC is a corporate parent of Defendant Aearo Technologies LLC. 3M Company is a publicly-held corporation owning 10 percent or more of stock of Defendant Aearo Technologies LLC. (Rashid, Faris) (Entered: 12/19/2019) |
| 12/19/2019 | 18 | AMENDED NOTICE OF REMOVAL from Fourth Judicial District, Hennepin County, case number 27-CV-19-19916 filed by 3M Company. (Hulse, Benjamin) (Entered: 12/19/2019) |
| 12/19/2019 | 19 | MOTION to Stay filed by 3M Company, Aearo Technologies LLC. (Hulse, Benjamin) (Entered: 12/19/2019) |
| 12/19/2019 | 20 | NOTICE OF HEARING ON MOTION 19 MOTION to Stay : Date and time to be determined. (Hulse, Benjamin) (Entered: 12/19/2019) |
| 12/19/2019 | 21 | MEMORANDUM in Support re 19 MOTION to Stay *Proceedings and in Opposition to Plaintiff's Motion to Expedite Briefing on Motion to Remand* filed by 3M Company, Aearo Technologies LLC. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate) (Hulse, Benjamin) (Entered: 12/19/2019) |
| 12/19/2019 | 22 | MEET and CONFER STATEMENT re 19 Motion to Stay filed by 3M Company, Aearo Technologies LLC.(Hulse, Benjamin) (Entered: 12/19/2019) |
| 12/19/2019 | 23 | PROPOSED ORDER TO JUDGE re 19 MOTION to Stay filed by 3M Company, Aearo Technologies LLC.(Hulse, Benjamin) (Entered: 12/19/2019) |
| 12/19/2019 | 24 | (Text-Only) ORDER FOR PARTY TO FILE DOCUMENT/RESPOND TO COURT re 19 MOTION to Stay. Plaintiff's response to Defendants' Motion to Stay is due on or before 12/20/2019 at 4:00 p.m. Ordered by Judge Eric C. Tostrud on 12/19/2019. (RMM) (Entered: 12/19/2019) |
| 12/20/2019 | 25 | MEMORANDUM in Opposition re 19 MOTION to Stay *and Reply to Defendants' Opposition to Plaintiff's Motion to Expedite Briefing on Motion to Remand* filed by Christopher Graves. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Gustafson, Daniel) (Entered: 12/20/2019) |
| 12/20/2019 | 26 | ORDER denying 6 Motion to Expedite. See Order for additional deadlines and specifics. Signed by Judge Eric C. Tostrud on 12/20/2019. (RMM) (Entered: 12/20/2019) |
| 12/23/2019 | 27 | Amended MEMORANDUM in Support re 11 MOTION to Remand to State Court for Lack of Subject Matter Jurisdiction filed by Christopher Graves. (Attachments: # 1 LR7.1/LR72.2 Word Count Compliance Certificate)(Williams, Amanda) Modified text on 12/30/2019 (MKB). (Entered: 12/23/2019) |
| 12/26/2019 | 28 | MOTION for Admission Pro Hac Vice for Attorney David G.H. Brackett. Filing fee $ 100, receipt number AMNDC-7359581 filed by Christopher Graves. (Williams, Amanda) (Entered: 12/26/2019) |
| 12/26/2019 | 29 | MOTION for Admission Pro Hac Vice for Attorney Matthew R. Sellers. Filing fee $ 100, receipt number AMNDC-7359603 filed by Christopher Graves. (Williams, Amanda |

| | | |
|---|---|---|
| | | (Entered: 12/26/2019) |
| 12/26/2019 | 30 | MOTION for Admission Pro Hac Vice for Attorney Michael B. Terry. Filing fee $ 100, receipt number AMNDC-7359613 filed by Christopher Graves. (Williams, Amanda) (Entered: 12/26/2019) |
| 12/27/2019 | 31 | (Text-Only) NOTICE OF TELEPHONE CONFERENCE. A Telephone Status Conference is set for 1/2/2020 at 10:00 AM before Judge Eric C. Tostrud. Instructions for joining the call have been sent separately to counsel. (RMM) (Entered: 12/27/2019) |
| 12/27/2019 | 32 | TEXT ONLY ENTRY: ORDER granting 29 Motion for Admission Pro Hac Vice of Attorney Matthew Sellers for Christopher Graves; granting 30 Motion for Admission Pro Hac Vice of Attorney Michael Brian Terry for Christopher Graves; granting 28 Motion for Admission Pro Hac Vice of Attorney David Brackett for Christopher Graves. Ordered by Magistrate Judge Tony N. Leung on 12/27/2019. (NAH) (Entered: 12/27/2019) |
| 01/02/2020 | 33 | Minute Entry for proceedings held before Judge Eric C. Tostrud: Status Conference held on 1/2/2020. (Court Reporter Tim Willette) (RMM) (Entered: 01/02/2020) |
| 01/06/2020 | 34 | TRANSCRIPT REQUEST for an Expedited 3-Day Transcript of 33 Status Conference to Court Reporter Tim Willette. (Williams, Amanda) (Entered: 01/06/2020) |
| 01/08/2020 | 35 | TRANSCRIPT REQUEST for an Expedited 3-Day Transcript of 33 Status Conference to Court Reporter Tim Willette. (Hulse, Benjamin) (Entered: 01/08/2020) |
| 01/08/2020 | 36 | NOTICE of Filing of Official Transcript. This filing has 1 transcript(s) associated with it. (TJW) (Entered: 01/08/2020) |
| 01/08/2020 | 37 | TRANSCRIPT of Telephone Status Conference held on 1/2/2020 before Judge Eric C. Tostrud. (33 pages). Court Reporter: Tim Willette. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>**Transcript temporarily sealed to determine if redactions are required. Parties have 7 days to file a *Notice of Intent to Request Redaction* or *Notice that No Redaction is Required*.** For further information on redaction procedures, please review Local Rule 5.5 and the Transcripts under NextGen ECF Reference Guides.<br><br>Notice Intent/No Intent to Request Redactions due 1/15/2020.<br>Redaction Request due 1/29/2020. Redacted Transcript Deadline set for 2/10/2020.<br>Release of Transcript Restriction set for 4/7/2020.<br>(TJW) (Entered: 01/08/2020) |
| 01/09/2020 | 38 | Pursuant to Chief Judge John R. Tunheim, all EARPLUG cases are directly assigned via the MDL List to Chief Judge John R.Tunheim and Magistrate Judge Katherine M. Menendez. **NOTE:** the new case number is **19-cv-3094 JRT/KMM**. (kt) Modified text on 1/9/2020 (kt). (Entered: 01/09/2020) |
| 01/10/2020 | 39 | LETTER TO DISTRICT JUDGE by Christopher Graves *Requesting Hearing on Remand Motion*. (Attachments: # 1 Exhibit(s) A, # 2 Exhibit(s) B)(Gustafson, Daniel) (Entered: 01/10/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/11/2020 14:25:14 | | | |
| **PACER** | bn0013 | **Client Code:** | 9999/0010tr |

| | | | |
|---|---|---|---|
| **Login:** | | | |
| **Description:** | Docket Report | **Search Criteria:** | 0:19-cv-03094-JRT-KMM |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |