BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re 3M Combat Arms Earplug Products Liability Litigation  *Graves v. 3M Co.*, Case No. 19-CV-3094-JRT-KMM (D. Minn.) | MDL No. 2885  **PROOF OF SERVICE** |

**PROOF OF SERVICE**

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of the foregoing Corrected Motion to Vacate was served electronically via ECF, on January 11, 2020, to opposing counsel as follows:

Jerry W. Blackwell
Benjamin W. Hulse
S. Jamal Faleel
BLACKWELL BURKE P.A.
431 South Seventh Street
Suite 2500
Minneapolis, MN 55415
Blackwell@blackwellburke.com
BHulse@blackwellburke.com
JFaleel@blackwellburke.com
*Counsel for Defendant 3M Company*

Faris A. Rashid
GREENE ESPEL PLLP
222 S. Ninth Street
Suite 2200
Minneapolis, MN 554402
*FRashid@greeneespel.com*

1834349.1

*Counsel for Defendant Aearo Technologies LLC*

Kimberly Branscome
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, CA 90071
kimberly.branscome@kirkland.com
*Counsel for Defendants 3M Company and Aearo Technologies, LLC*

Dated this 11th day of January, 2020

                                        **/s/ Michael B. Terry**
                                        Michael B. Terry