**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: 3M COMBAT ARMS EARPLUG ) MDL Docket No. 2885
LITIGATION )

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the foregoing Notice of Tag-Along Actions and Schedule of Actions have been electronically filed with the Judicial Panel on Multidistrict Litigation on May 15, 2020 by using the CM/ECF system, which will send notice of electronic filing to all parties of record, and a copy of the foregoing Notice of Tag-Along Actions and Schedule of Actions were served via First Class Mail on the following:

| | |
|---|---|
| Kourtney Lanea Kech<br>Pierce Alexander Rapin<br>James Edward Sudduth, III<br>**SUDDUTH & ASSOCIATES, LLC**<br>1109 Pithon St.<br>Lake Charles, LA 70601<br>Telephone: (337) 480-0101<br>Fax: (337) 480-0101<br>Email: kourtney@saa.legal<br>Email: pierce@saa.legal<br>Email: james@saa.legal<br><br>*Counsel for Plaintiffs Jeffery Nolen et al.,*<br>   *W.D. La., 2:20-cv-00604* | James R. Morris<br>**MORRIS LAW FIRM**<br>4216 Lake St. Lake Charles, LA 70605<br>Telephone: (337) 990-0256<br>Fax: (337) 990-0258<br>Email: jim@saa.legal<br><br><br><br>*Counsel for Plaintiffs Jeffery Nolen et al.,*<br>   *W.D. La., 2:20-cv-00604* |

1

| | |
|---|---|
| Alicia N. Sieben<br>Matthew James Barber<br>William R. Sieben<br>**SCHWEBEL GOETZ & SIEBEN, P.A.**<br>80 S. 8th St. Ste 5120<br>Minneapolis, MN 55402<br>Telephone: (612) 377-7777<br>Fax: (612) 333-6311<br>Email: asieben@schwebel.com<br>Email: mbarber@schwebel.com<br>Email: wsieben@schwebel.com<br><br>*Counsel for Plaintiff Anthony Skaalerud*<br>    *D. Minn., 0:20-cv-01175* | Amanda M. Williams<br>Daniel E. Gustafson<br>**GUSTAFSON GLUEK PLLC**<br>120 South 6th Street Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Fax: (612) 339-6622<br>Email: awilliams@gustafsongluek.com<br>Email: dgustafson@gustafsongluek.com<br><br>*Counsel for Plaintiff Anthony Skaalerud*<br>    *D. Minn., 0:20-cv-01175* |
| Richard M. Paul III<br>Ashlea G. Schwarz<br>**PAUL LLP**<br>601 Walnut Street, Suite 300<br>Kansas City, Missouri 64106<br>Telephone: (816) 984-8100<br>Email: rick@PaulLLP.com<br>Email: ashlea@PaulLLP.com<br><br><br>*Counsel for Plaintiff Anthony Skaalerud*<br>    *D. Minn., 0:20-cv-01175* | Benjamin W. Hulse<br>Jerry W. Blackwell<br>S. Jamal Faleel<br>**BLACKWELL BURKE PA**<br>431 S. 7th Street<br>Suite 2500<br>Minneapolis, MN  55415<br>Telephone: (612) 343-3200<br>Email: bhulse@blackwellburke.com<br>Email: blackwell@blackwellburke.com<br>Email: jfaleel@blackwellburke.com<br><br>*Counsel for Defendants 3M Company et al.*<br>    *D. Minn., 0:20-cv-01175* |

Date:   May 15, 2020

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ Robert C. Brock*
Robert C. "Mike" Brock
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Telephone: (202) 389-5991
Facsimile:  (202) 389-5200
Email: mike.brock@kirkland.com

*Attorney for Defendants 3M Company, 3M Occupational Safety, LLC, Aearo Technologies LLC, Aearo LLC, Aearo Holding LLC, and Aearo Intermediate, LLC*