BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re 3M Combat Arms Earplug Products Liability Litigation<br><br>*Ahrens, et al. v. 3M Co., et al.*, Case No. 21-cv-01546 (D. Minn.) | MDL No. 2885<br><br>**NOTICE OF REMAND ORDER** |

Pursuant to J.P.M.L. Rules 6.1(f) and 7.1(g), Plaintiffs hereby give notice that the above-captioned action, *Ahrens, et al. v. 3M Co., et al.*, Case No. 21-cv-01546 (D. Minn.), is no longer pending in the United States District Court for the District of Minnesota. The district court ruled it lacks subject matter jurisdiction and remanded this case to Minnesota state court by Order dated September 20, 2021, attached hereto as Exhibit A.

Dated: September 20, 2021        Respectfully Submitted,

By s/Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
Daniel E. Gustafson (#202241)
Amanda M. Williams (#341691)
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 54402
Phone: 612-333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com

**SCHWEBEL GOETZ & SIEBEN, P.A.**
William R. Sieben (#100808)
Alicia N. Sieben (#389640)
Matthew J. Barber (#397240)
5120 IDS Center

80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Phone: 612-377-7777
bsieben@schwebel.com
asieben@schwebel.com
mbarber@schwebel.com

**PAUL LLP**
Richard M. Paul III
Ashlea G. Schwarz
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Phone: 816-984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com

**ATTORNEYS FOR PLAINTIFFS**