BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 2885

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag along action listed on the attached Schedule of Action.  Undersigned counsel's firm, Keller Postman LLC, has been identified as a creditor in the tag-along action and is thus a party in the action.  In addition, undersigned counsel has enrolled as counsel in the tag-along action.

A docket sheet and the voluntary bankruptcy petition are attached.

/s/ Ashley C. Keller
Ashley C. Keller
ack@kellerpostman.com
**KELLER POSTMAN LLC**
150 North Riverside Plaza, Suite 4100
Chicago, Illinois  60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502

Party in Tag-Along Action

1