BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 2885

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the foregoing Notice of Tag-Along Actions and Schedule of Actions has been electronically filed with the Judicial Panel on Multidistrict Litigation on August 2, 2022 by using the CM/ECF system. For parties not registered to receive service in this matter via the Court's electronic filing system, service is made via U.S. Mail.:

**Clerks of the Courts**
*Via First Class Mail*

United States Bankruptcy Court
Southern District of Indiana
116 U.S. Courthouse
46 E. Ohio St. Rm 116
Indianapolis, IN 46204

**Attorneys for Aearo Technologies LLC, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC**
**Adam Arcenaux**
**Jeffrey A Hokanson**
Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
317-236-2236
317-592-4809 (fax)
jeff.hokanson@icemiller.com

1

**Attorneys for U.S. Trustee**
**Laura A DuVall**
DOJ-Ust
Office of The United States Trustee
Birch Bayh Federal Building and U.S. Courthouse
46 E. Ohio Street, Ste 520
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Laura.Duvall@usdoj.gov

**Ronald J. Moore**
DOJ-Ust
Birch Bayh Federal Building and
U.S. Courthouse
46 E. Ohio St., Ste 520
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Ronald.Moore@usdoj.gov

**Harrison Edward Strauss**
DOJ-Ust
Birch Bayh Federal Building
United States Courthouse
46 E. Ohio St, Room 520
Indianapolis, IN 46204
317-226-5707
harrison.strauss@usdoj.gov


**Top 20 Laws Representing Tort Claimants (for Parties listed on Appendix A to the Complaint) (Defendants)**

**Aylstock, Witkin, Kreis & Overholtz, PLLC**
Bryan F. Aylstock
Jennifer M. Hoekstra
Douglas Kreis
17 E. Main Street
Suite 200
Pensacola, FL  32502
850-916-7450
850-916-7449 (faxt)
baylstock@awkolaw.com
jhoekstra@awkolaw.com
dkreis@awkolaw.com

**Watts Guerra, LLP**
Mikal Watts
David Mclendon
Erin Rogiers
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX  78257
210-448-0500
mcwatts@wattsguerra.com
dmclendon@wattsguerra.com
erogiers@wattsguerra.com

**Tracey Fox King & Walters**
**Sean Tracey**
**Lawrence Tracey**
**Shawn Fox**
440 Louisiana Street
Suite 1901
Houston, TX  77002
713-495-2333
713-495-2331 (fax)
stracey@traceylawfirm.com
sfox@traceylawfirm.com

**Keller Postman, LLC**
**Ashley Keller**
**Nicole Berg**
**Ashley Barriere**
Keller Postman, LLC
150 N. Riverside
Suite 4100
Chicago, IL 60606
312-741-5220
ack@kellerpostman.com
ncb@kellerpostman.com
Ashley.barriere@kellerpostman.com

**Clark, Love & Hutson, PLLC**
**Clayton Clark**
**Shelley Hutson**
**William Michael Moore**
440 Louisiana Street
Suite 1700
Houston, TX  77002
713-757-1400
713-759-1217 (fax)
cclark@triallawfirm.com
bgrief@triallawfirm.com

mmoreland@triallawfirm.com

**Thomas J. Henry Law**
**Thomas Henry**
**Lesley Paniszczyn**
521 Starr Street
Corpus Christi, TX  78401
361-985-0600
361-985-0601 (fax)
Tjh.3m@thomasjhenrylaw.com
Lpan.3m@thomasjhenrylaw.com

**The Gori Law Firm, PC**
**Megan Arvola**
**Tanja Engelhardt**
**Robert Green**
**David Mathews**
**Nicholas Mayfield**
156 N. Main Street
Edwardsville, IL  62025
618-659-9833
marvola@gorijulianlaw.com
tengelhardt@gorijulianlaw.com
rgreen@gorijulianlaw.com
todd@gorijulianlaw.com
rmayfield@gorijulianlaw.com

**Pulaski Law Firm, PLLC**
**Katherine Cornell**
**Bret Stanley**
**Steve Faries**
2925 Richmond Avenue
Suite 1725
Houston, TX  77098
800-223-3784
713-664-4555 (fax)
kcornell@pulaskilawfirm.com
bstanley@pulaskilawfirm.com
sfaries@pulaskilawfirm.com

**Heninger, Garrison, Davis, LLC**
**William Garrison**
**Taylor Barlett**
**Christopher Hood**
2224 1st Avenue North
Birmingham, AL  35203
205-326-3336
205-326-3332 (fax)

4

lewis@hgdlawfirm.com
taylor@hgdlawfirm.com
chood@hgdlawfirm.com

**Weitz & Luxenberg, PC**
**Terea Curtin**
**Ericarae Garcia**
**Michael Pederson**
700 Broadway
New York, NY  10003
212-558-5907
646-293-4360 (fax)
tcurtin@weitzlux.com
egarcia@weitzlux.com
mpederson@weitzlux.com

**Douglas & London, PC**
**Michael London**
**Virginia Anello**
59 Maiden Lane
6th Floor
New York, NY   10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com
vanello@douglasandlondon.com

**Bailey, Cowan, Heckman, PLLC**
**Kenneth Camp Bailey**
**Robert Cowan**
1360 Post Oak Boulevard
Suite 2300
Houston, TX 77056
713-425-7100
713-415-7101 (fax)
Bailey-svc@bpblaw.com
rcowan@bpblaw.com

**Junell & Associates, PLLC**
**Deborah Levy**
3737 Buffalo Speedway
Suite 1850
Houston, TX  77098
713-221-3750
dlevy@junell-law.com

**Nabers Law Firm, PLLC**
**Joseph Scott Nabers**

**Katerina Dimitrakakos**
3737 Buffalo Speedway
Suite 1850
Houston, TX  77098
713-422-1200
713-422-1210 (fax)
snabers@naberslaw.com
kathy@naberslaw.com

**Morgan & Morgan**
**Paul Pennock**
**Jonathan Sedgh**
850 3rd Avenue
Suite 402
Brooklyn, NY  11232
212-738-6839
ppennock@forthepeople.com
jsedgh@forthepeople.com

**Danziger & De Llano, LLP**
**Rodrigo De Llano**
440 Louisiana Street
Suite 1212
Houston, TX 77002
713-222-9998
filings@dandell.com

**Seeger Weiss, LLP**
**Chris Seeger**
**David Buchanan**
**Maxwell Kelly**
55 Challenger Road
6th Floor
Ridgefield, NJ  07660
212-584-0700
973-639-8586 (fax)
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
mkelly@seegerweiss.com

**Abraham, Watkins, Nichols, Sorrells, Agosto & Aziz**
**Muhammed S. Aziz**
800 Commerce Street
Houston, TX  77055
713-222-7211
713-225-0827 (fax)
jdean@abrahamwatkins.com

**Morgan, Collins, Yeast and Salyer**
**McKinnley Morgan**
**Roy Collins**
**Dan Yeast**
Kyle Salyer
455 2nd Street
Paintsville, KY  41240
606-789-1135

**Martin Walton Law Firm**
**Mike Martin**
**Gage Walton**
699 S. Friendswood Drive
Suite 107
Houston, TX  77546
346-800-0285

Dated:  August 3, 2022                         /s/ Ashley C. Keller
                                               Ashley C. Keller
                                               ack@kellerpostman.com
                                               **KELLER POSTMAN LLC**
                                               150 North Riverside Plaza, Suite 4100
                                               Chicago, Illinois  60606
                                               Telephone: (312) 741-5220
                                               Facsimile: (312) 971-3502

                                               Creditor (party) in tag-along action
                                               Counsel of record in tag-along action