**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

**IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION**

**MDL DOCKET NO. 2885**

## SECOND AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial

Panel on Multidistrict Litigation, I hereby certify that a true and correct copy of the foregoing

Notice of Tag-Along Actions and Schedule of Actions has been electronically filed with the

Judicial Panel on Multidistrict Litigation on August 2, 2022 by using the CM/ECF system. For

parties not registered to receive service in this matter via the Court's electronic filing system,

service is made via U.S. Mail.:

**Clerks of the Courts**
*Via First Class Mail*

United States Bankruptcy Court
Southern District of Indiana
116 U.S. Courthouse
46 E. Ohio St. Rm 116
Indianapolis, IN 46204

**Attorneys for Aearo Technologies LLC, 3M Occupational Safety LLC, Aearo Holding
LLC, Aearo Intermediate LLC, Aearo LLC**
**Adam Arcenaux**
**Jeffrey A Hokanson**
Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
317-236-2236
317-592-4809 (fax)
jeff.hokanson@icemiller.com

**Attorneys for U.S. Trustee**
**Laura A DuVall**
DOJ-Ust
Office of The United States Trustee
Birch Bayh Federal Building and U.S. Courthouse
46 E. Ohio Street, Ste 520
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Laura.Duvall@usdoj.gov

**Ronald J. Moore**
DOJ-Ust
Birch Bayh Federal Building and
U.S. Courthouse
46 E. Ohio St., Ste 520
Indianapolis, IN 46204
317-226-6101
317-226-6356 (fax)
Ronald.Moore@usdoj.gov

**Harrison Edward Strauss**
DOJ-Ust
Birch Bayh Federal Building
United States Courthouse
46 E. Ohio St, Room 520
Indianapolis, IN 46204
317-226-5707
harrison.strauss@usdoj.gov


**Top 20 Law Firms Representing Tort Claimants (for Parties listed on Appendix A to the Complaint) (Defendants)**

**Aylstock, Witkin, Kreis & Overholtz, PLLC**
Bryan F. Aylstock
Jennifer M. Hoekstra
Douglas Kreis
17 E. Main Street
Suite 200
Pensacola, FL  32502
850-916-7450
850-916-7449 (faxt)
baylstock@awkolaw.com
jhoekstra@awkolaw.com
dkreis@awkolaw.com

**Watts Guerra, LLP**
Mikal Watts
David Mclendon
Erin Rogiers
4 Dominion Drive
Building 3, Suite 100
San Antonio, TX 78257
210-448-0500
mcwatts@wattsguerra.com
dmclendon@wattsguerra.com
erogiers@wattsguerra.com

**Tracey Fox King & Walters**
**Sean Tracey**
**Lawrence Tracey**
**Shawn Fox**
440 Louisiana Street
Suite 1901
Houston, TX 77002
713-495-2333
713-495-2331 (fax)
stracey@traceylawfirm.com
sfox@traceylawfirm.com

**Keller Postman, LLC**
**Ashley Keller**
**Nicole Berg**
**Ashley Barriere**
150 N. Riverside
Suite 4100
Chicago, IL 60606
312-741-5220
ack@kellerpostman.com
ncb@kellerpostman.com
Ashley.barriere@kellerpostman.com

**Clark, Love & Hutson, PLLC**
**Clayton Clark**
**Shelley Hutson**
**William Michael Moore**
440 Louisiana Street
Suite 1700
Houston, TX 77002
713-757-1400
713-759-1217 (fax)
cclark@triallawfirm.com
bgrief@triallawfirm.com
mmoreland@triallawfirm.com

**Thomas J. Henry Law**
**Thomas Henry**
**Lesley Paniszczyn**
521 Starr Street
Corpus Christi, TX  78401
361-985-0600
361-985-0601 (fax)
Tjh.3m@thomasjhenrylaw.com
Lpan.3m@thomasjhenrylaw.com

**The Gori Law Firm, PC**
**Megan Arvola**
**Tanja Engelhardt**
**Robert Green**
**David Mathews**
**Nicholas Mayfield**
156 N. Main Street
Edwardsville, IL  62025
618-659-9833
marvola@gorijulianlaw.com
tengelhardt@gorijulianlaw.com
rgreen@gorijulianlaw.com
todd@gorijulianlaw.com
rmayfield@gorijulianlaw.com

**Pulaski Law Firm, PLLC**
**Katherine Cornell**
**Bret Stanley**
**Steve Faries**
2925 Richmond Avenue
Suite 1725
Houston, TX  77098
800-223-3784
713-664-4555 (fax)
kcornell@pulaskilawfirm.com
bstanley@pulaskilawfirm.com
sfaries@pulaskilawfirm.com

**Heninger, Garrison, Davis, LLC**
**William Garrison**
**Taylor Barlett**
**Christopher Hood**
2224 1st Avenue North
Birmingham, AL  35203
205-326-3336
205-326-3332 (fax)
lewis@hgdlawfirm.com
taylor@hgdlawfirm.com

chood@hgdlawfirm.com

**Weitz & Luxenberg, PC**
**Terea Curtin**
**Ericarae Garcia**
**Michael Pederson**
700 Broadway
New York, NY  10003
212-558-5907
646-293-4360 (fax)
tcurtin@weitzlux.com
egarcia@weitzlux.com
mpederson@weitzlux.com

**Douglas & London, PC**
**Michael London**
**Virginia Anello**
59 Maiden Lane
6th Floor
New York, NY   10038
212-566-7500
212-566-7501 (fax)
mlondon@douglasandlondon.com
vanello@douglasandlondon.com

**Bailey, Cowan, Heckman, PLLC**
**Kenneth Camp Bailey**
**Robert Cowan**
1360 Post Oak Boulevard
Suite 2300
Houston, TX 77056
713-425-7100
713-415-7101 (fax)
Bailey-svc@bpblaw.com
rcowan@bpblaw.com

**Junell & Associates, PLLC**
**Deborah Levy**
3737 Buffalo Speedway
Suite 1850
Houston, TX  77098
713-221-3750
dlevy@junell-law.com

**Nabers Law Firm, PLLC**
**Joseph Scott Nabers**
**Katerina Dimitrakakos**
3737 Buffalo Speedway

Suite 1850
Houston, TX  77098
713-422-1200
713-422-1210 (fax)
snabers@naberslaw.com
kathy@naberslaw.com

**Morgan & Morgan**
**Paul Pennock**
**Jonathan Sedgh**
850 3rd Avenue
Suite 402
Brooklyn, NY  11232
212-738-6839
ppennock@forthepeople.com
jsedgh@forthepeople.com

**Danziger & De Llano, LLP**
**Rodrigo De Llano**
440 Louisiana Street
Suite 1212
Houston, TX 77002
713-222-9998
filings@dandell.com

**Seeger Weiss, LLP**
**Chris Seeger**
**David Buchanan**
**Maxwell Kelly**
55 Challenger Road
6th Floor
Ridgefield, NJ  07660
212-584-0700
973-639-8586 (fax)
cseeger@seegerweiss.com
dbuchanan@seegerweiss.com
mkelly@seegerweiss.com

**Abraham, Watkins, Nichols, Sorrells, Agosto & Aziz**
**Muhammed S. Aziz**
800 Commerce Street
Houston, TX  77055
713-222-7211
713-225-0827 (fax)
jdean@abrahamwatkins.com

**Morgan, Collins, Yeast and Salyer**
**McKinnley Morgan**

**Roy Collins**
**Dan Yeast**
Kyle Salyer
455 2nd Street
Paintsville, KY  41240
606-789-1135

**Martin Walton Law Firm**
**Mike Martin**
**Gage Walton**
699 S. Friendswood Drive
Suite 107
Houston, TX  77546
346-800-0285

**List of Adversary Complaint Law Firms (Taken from Appendix A) Not Included in the Above Top 20 Law Firms Representing Tort Claimants**

Allan Berger & Associates
ANDREW J GEIGER
4173 CANAL STREET, NEW ORLEANS, LA. 70119
aberger@bergerlawnola.com
504-486-9481

Allen & Nolte, PLLC
JENNIFER LEIGH NOLTE
5445 LA SIERRA DRIVE, SUITE 350 DALLAS, TX. 75231
jnolte@allennolte.com
214-521-2300

Altus Law
HARVEY ALTUS
30500 NORTHWESTERN HWY, SUITE 500, FARMINGTON HILLS, MI. 48334
HarveyAltus@AltusLaw.net
248-626-7211

Anapol Weiss
EMILY BETH ASHE
130 N. 18TH STREET, SUITE 1600, PHILADELPHIA, PA. 19103
eashe@anapolweiss.com
215-735-8037

Ashlock Law Group, PLLC
LARRY D ASHLOCK
306 WEST DIXIE AVENUE, ELIZABETHTOWN, KY. 42701
Larry@AshlockLawGroup.com
270-360-0470

Atterbury, Kammery & Haag. S.C.
ERIC J HAAG
8500 GREENWAY BLVD, SUITE 103, MIDDLETON, WI. 53562
ehaag@wiscinjurylawyers.com
608-821-4600

Axley Brynelson, LLP
HEATH P STRAKA
2 EAST MIFFLIN STREET, SUITE 2000, MADISON, WI. 53703
hstraka@axley.com
608-283-6755

Babin Law, LLC
SYREETA DEFRANCE-POINDEXTER
22 E GAY STREET SUITE 200, COLUMBUS, OH. 43215
Syreeta.poindexter@babinlaws.com
614-761-8800

Bailey & Glasser
CHRISTINA T NATALE
1055 THOMAS JEFFERSON STREET NW, SUITE 540, WASHINGTON, DC. 20007
cnatale@baileyglasser.com
202-463-2101

Bailey Cowan Heckaman PLLC
KENNETH CAMP BAILEY
1360 POST OAK BOULEVARD, SUITE 2300, HOUSTON, TX
bailey-svc@bpblaw.com
713-425-7100

Bailey Stock Harmon Cottam Lopez LLP
DOUGLAS WADE BAILEY
6234 YELLOWSTONE ROAD, CHEYENNE, WY. 82009
doug@performance-law.com
307-638-7745

Bailly and McMillan, LLP
RICHARD JOHN DEPONTO
244 WESTCHESTER AVENUE, SUITE 410, WHITE PLAINS, NY. 10604
rdeponto@bandmlaw.com
914-684-9100

Baker Leshko Saline & Drapeau, LLP
MITCHELL J BAKER
ONE NORTH LEXINGTON AVENUE, 15TH FLOOR, WHITE PLAINS, NY. 10601
mbaker@bakerleshko.com
914-681-9500

Baker, Burton & Lundy
STEPHEN PETER SEMOS
515 PIER AVENUE, HERMOSA BEACH, CA. 90254
stephen@bakerburtonlundy.com
310-376-9893

Ball, Kirk, & Holm, P.C.
EASHAAN VAJPEYI
3324 KIMBALL AVENUE, WATERLOO, IA. 50613
evajpeyi@ballkirkholm.com
319-234-2638

Baron & Budd
STEVE BARON
3102 OAK LAWN AVENUE # 1100 DALLAS, TX. 75219
info@baronbudd.com
866-723-1890

Barrett Nonni Homola
CHRISTOPHER M FERRARO
326 WILLIAMS STREET, TALLAHASSEE, FL. 32303
chris@bnhlegal.com
850-601-1111

Beasley Allen
WILLIAM ROBERT SUTTON
218 COMMERCE STREET, MONTGOMERY, AL. 36104
william.sutton@beasleyallen.com
334-269-2343

Beggs & Lane
JAMES NIXON DANIEL
501 COMMENDENCIA ST. PENSACOLA, FL. 62502
jnd@beggslane.com
850-469-3306

Bennerotte & Associates, P.A.
VINCENT JOSEPH MOCCIO
3085 JUSTICE WAY, SUITE 200, EAGAN, MN. 55121
vincent@bennerotte.com
651-203-5990

Bernheim Kelley Battista & Bliss
JESSE BERNHEIM
110 SE 6TH ST. SUITE 1719, FORT LAUDERDALE, FL. 33301
jbernheim@realjustice.com
954-866-1111

Berniard Law LLC
JEFFREY PAUL BERNIARD
7513 HAMPSON STREET, NEW ORLEANS, LA. 70118-5033
jeff@getjeff.com
504-458-6225

Bernstein Liebhard LLP
DANIEL CHRISTOPHER BURKE
10 EAST 40TH STREET, NEW YORK, NY. 10016
dburke@bernlieb.com
212-951-2068

Bertram & Graf, L.L.C.
TIMOTHY RAY WEST
2345 GRAND BOULEVARD SUITE 1925, KANSAS CITY, MO. 64108
tim@bertramgraf.com
816-523-2205

Bighorn Law
KIMBALL J JONES
3675 W CHEYENNE AVENUE, SUITE 100, NORTH LAS VEGAS, NV. 89032
evelyn@bighornlaw.com
702-333-1111

Bisnar|Chase
TOMISLAV GEORGE ANTUNOVICH
1301 DOVE STREET, SUITE 120, NEWPORT BEACH, CA. 92660
tantunovich@bisnarchase.com
949-752-2999

Blackwell Law Firm
JEFFREY G BLACKWELL
120 HOLMES AVENUE, SUITE 401, HUNTSVILLE, AL. 35801
jeff@blackwell-attorneys.com
256-261-1315

BLANCK LEGAL, P.C.
CLINTON E. BLANCK
9245 N MERIDIAN ST STE. 301, INDIANAPOLIS, IN. 46260
cblanck@blancklegal.com
317-792-5481

Blasingame, Burch, Garrard & Ashley, P.C.
SARA SPEAS SCHRAMM
PO BOX 832 ATHENS, GA. 30601
sschramm@bbga.com
706-354-4000

Bohrer Brady LLC
PHILIP BOHRER
8712 JEFFERSON HIGHWAY SUITE B, BATON ROUGE, LA. 70809
phil@bohrerbrady.com
225-925-5297

Bolen, Parker, Brenner, Lee & Miller Ltd
JONATHAN ASHER COBB
709 VERSAILLE BOULEVARD, ALEXANDRIA, LA. 71303
jcobb@bolenlaw.com
318-445-8236

Bordas & Bordas,PLLC
J ZACHARY ZATEZALO
1358 NATIONAL ROAD, WHEELING, WV. 26003
zak@bordaslaw.com
304-242-8410

Borgess Law, LLC
PAMELA A BORGESS
6800 W CENTRAL AVENUE SUITE E, TOLEDO, OH. 43617
pborgess@borgesslaw.com
419-262-6148

BOSSIER & ASSOCIATES, PLLC
SHEILA M BOSSIER
1520 N STATE STREET, JACKSON MS. 39202
sbossier@bossier-law.com
601-352-5450

BOULWARE LAW LLC
BRANDON BOULWARE
1600 GENESSEE STREET SUITE 1416, KANSAS CITY, MO. 64102
brandon@boulware-law.com
816-492-2826

Branch Law Firm
MARGARET M BRANCH
2025 RIO GRANDE BOULEVARD NW, ALBUQUERQUE, NM. 87104
aporr@branchlawfirm.com
505-243-3500

Branstetter, Stranch & Jennings, PLLC
ALYSON STEELE BERIDON
223 ROSA L PARKS AVE #200, NASHVILLE, TN. 37203
alysonb@bsjfirm.com
615-254-8801

Brent Coon & Associates
BRENT WAYNE COON
215 ORLEANS, BEAUMONT, TX. 77701
eric_newell@bcoonlaw.com
409-835-2666

Brown, Readdick, Bumgartner, Carter, Strickland & Watkins LLP
PAUL MICHAEL SCOTT
5 GLYNN AVENUE POST OFFICE BOX 220
pscott@brbcsw.com
912-264-8544

Bruno & Bruno, LLP
JOSEPH M BRUNO, SR
855 BARONNE STREET, NEW ORLEANS, LA. 70113
jbruno@brunobrunolaw.com
504-525-1335

Bryant Law Center
EMILY ROARK
601 WASHINGTON STREET, PADUCAH, KY. 42003
emily@bryant.law
270-442-1422

Burwell Nebout Trial Lawyers
THERESA ANNE LYNN
565 N EGRET BAY BOULEVARD, LEAGUE CITY, TX. 77573
theresa@burwellnebout.com
281-645-5000

Butsch Roberts & Associates LLC
DAVID BUTSCH
231 S BEMISTON AVENUE SUITE 260, CLAYTON, MO. 63105
butsch@butschroberts.com
314-863-5700

Callahan, Thompson, Sherman & Caudill, LLP
ALEX ANDREA ZOLG
2601 MAIN STREET SUITE 800, IRVINE, CA. 92614
azolg@ctsclaw.com
949-261-2872

Canan Law
PATRICK CANAN
1030 N PONCE DE LEON BLVD, SAINT AUGUSTINE, FL. 32084
pcanan@cananlaw.com
904-849-2266

Cannon & Associates
JOHN P CANNON
1425 S FRETZ AVENUE, EDMOND, OK. 73003
john@jpcannonlawfirm.com
405-657-2323

Carey Danis & Lowe
ANDREW JOSEPH CROSS
8235 FORSYTH BOULEVARD SUITE 110 SAINT LOUIS, MO. 63105
across@careydanis.com
314-725-7700

Carol Green von Kaul, P.A.
CAROL GREEN VON KAUL
201 SOUTH BISCAYNE BOULEVARD 28TH FLOOR, MIAMI, FL. 33131
cgreen@vonkaul.legal
305-984-1097

Cellino Law LLP
BRIAN ALAN GOLDSTEIN
800 DELAWARE AVENUE, BUFFALO, NY. 14209
brian.goldstein@cellinolaw.com
716-566-2287

Chaffin Luhana LLP
STEVEN DANIEL COHN
600 THIRD AVENUE STE 12TH FLOOR, NEW YORK, NY. 10016
cohn@chaffinluhana.com
347-269-4460

Chappell, Smith & Arden, P.A.
GRAHAM L NEWMAN
2801 DEVINE STREET SUITE 300 COLUMBIA, SC. 29209
gnewman@csa-law.com
803-929-3600

Charles E. Boyk Law Offices, LLC
WESLEY D MERILLAT
1500 TIMBERWOLF DRIVE, HOLLAND, OH. 43528
wmerillat@charlesboyk-law.com
419-241-1395

Cherundolo Law Firm
PETER C PAPAYANAKOS
AXA TOWER I 100 MADISON SUIT SYRACUSE, NY. 13202
ppapayanakos@cherundololawfirm.com
315-449-9500

Christiansen Trial Lawyers
KEELY ANN PERDUE
710 S 7TH STREET, SUITE B, LAS VEGAS, NV. 89101
keely@christiansenlaw.com
702-240-7979

Christine Baker Esq
CHRISTINE MARIE BAKER
2312 FAR HILLS AVENUE, BOX 390, DAYTON, OH. 45419
christinebakerlaw@outlook.com
937-212-9013

Cochran, Kroll & Associates
TERRY COCHRAN
32398 FIVE MILE RD, LIVONIA, MI. 48154
734-304-8448

Cohen Milstein Sellers & Toll PLLC
LESLIE KROEGER
11780 US HIGHWAY ONE, SUITE 500, PALM BEACH GARDENS, FL. 33408
lkroeger@cohenmilstein.com
561-515-1400

Colson Hicks Eidson
ROBERTO MARTINEZ
255 ALHAMBRA CIR, PENTHOUSE, CORAL GABLES, FL. 33134
bob@colson.com
305-476-7400

Cooney & Conway
RYAN PATRICK LINSNER
120 N. LASALLE STREET, CHICAGO, IL. 60602
rlinsner@cooneyconway.com
312-236-6166

Cory Watson
GEORGE RICK DIGIORGIO
2131 MAGNOLIA AVE S. BIRMINGHAM, AL. 35205
rdigiorgio@corywatson.com
205-891-9443

Coxwell & Associates PLLC.; 'Maggio Thompson LLP
MERRIDA P COXWELL
PO BOX 1337 JACKSON, MS. 39215
merridac@coxwelllaw.com
601-948-1600

D. Miller & Associates, PLLC

RACHAL GARCIA ROJAS
2610 W SAM HOUSTON PARKWAY SUITE 200, HOUSTON, TX. 77042
rarojas@dmillerlaw.com
713-628-0057

Davis & Crump, P. C.
ROBERT D. CAIN JR.
2601 14TH ST. GULFPORT, MS. 39501
info@daviscrump.com
228-863-6000

Davis & Norris, LLP
ROBERT SCOTT CONNALLY
2154 HIGHLAND AVENUE, BIRMINGHAM, AL. 35205
sconnally@davisnorris.com
205-930-9900

DeGaris Wright McCall
KAREN LAWRENCE PUCCIO
5707 MCDERMOTT FREEWAY I-10, SAN ANTONIO, TX. 78201
kpuccio@dwmlawyers.com
205-558-9000

Dennis F. O'Brien PA
DENNIS F O'BRIEN
2012 S TOLLGATE ROAD, SUITE 209, BELAIR, MD. 21015
obie26@aol.com
410-420-7411

Diamond Law
DAVID J DIAMOND
1700 E RIVER ROAD, PO BOX 65237 TUSCON, AZ. 85728
ddiamond@diamondlawusa.com
520-909-0909

Dominguez Law Firm
PAUL MICHAEL DOMINGUEZ
PO BOX 10865 ALBUQUERQUE, NM. 87184
paul@dominguez.law
505-850-5854

Doyle LLP and The Urquhart Law Firm, PLLC
PATRICK MASON DENNIS
3401 ALLEN PARKWAY SUITE 100, HOUSTON, TX. 77019
service@doylelawfirm.com
713-571-1146

Drummond & Squillace,  PLLC

STEPHEN L DRUMMOND
175-61 HILLSIDE AVENUE, SUITE 205, JAMAICA, NY. 11432
sdrummond@dswinlaw.com
516-729-7193

Duck Law Firm, LLC
KEVIN REEVE DUCK
5040 AMBASSADOR CAFFERY PARKWAY, SUITE 200, LAFAYETTE, LA. 70508
krd@ducklawfirm.com
337-406-1144

Dutton, Daniels, Hines, Kalkhoff, Cook & Swanson, P.L.C.
JAMES H COOK
3151 BROCKWAY, PO BOX 810, WATERLOO, IA. 50701
jcook@duttonfirm.com
319-234-4471

Eckland & Blando LLP
JEFF H ECKLAND
10 SOUTH FIFTH STREET LUMBER EXCHANGE BUILDING SUITE 800,
MINNEAPOLIS, MN. 55402
jeckland@ecklandblando.com
612-236-0160

Economou & Economou, P.C.
CHRIS ECONOMOU
85 COLD SPRING ROAD, SUITE 200 SYOSSET, NY. 11791
economouc@aol.com
516-682-0010

EDWARDS & CULVER
TRIEL D CULVER
1648 POLY DRIVE, SUITE 206, BILLINGS, MT. 59102
triel@edwardslawfirm.org
406-256-8155

Elliott Law Group, PLLC
SVITLANA V ELLIOTT
920 ARGONNE ROAD SUITE 110, SPOKANE VALLEY, WA. 99213
info@elliottlawgroup.com
509-891-4301

Environmental Litigation Group PC
GARY ANTHONY ANDERSON
2160 HIGHLAND AVENUE SOUTH, BIRMINGHAM, AL. 35205
gary@elglaw.com
205-328-9200

Farris, Riley & Pitt
CALLE MARIE MENDENHALL
505 20TH STREET NORTH, SUITE 1700, BIRMINGHAM, AL. 35203
cmendenhall@frplegal.com
205-324-1212

FAY LAW GROUP, P.A
CARAGH FAY OWENS
6205 EXECUTIVE BOULEVARD ROCKVILLE, MD. 20852
caraghfay@gmail.com
202-589-1300

Fayard & Honeycutt
D BLAYNE HONEYCUTT
519 FLORIDA AVENUE SW, DENHAM SPRINGS, LA. 70726
dbhoneycutt@fayardlaw.com
225-664-0304

Fears | Nachawati
MAJED NACHAWATI
5489 BLAIR RD, DALLAS, TX. 75231
214-890-0711

Fenstersheib Law Group, P.A.
ROBERT J. FENSTERSHEIB
520 WEST HALLANDALE BEACH BOULEVARD, HALLANDALE BEACH, FL. 33009
954-456-2488

Finz & Finz, P.C.
BRANDON S FINZ
410 E JERICHO TURNPIKE, MINEOLA, NY. 11501
bfinz@finzfirm.com
516-433-3000

Fischer Redavid, PLLC
JOHN PHILLIP FISCHER
4601 SHERIDAN STREET, SUITE 320, HOLLYWOOD, FL. 33306
john@frtriallawyers.com
954-860-8434

FLEMING, NOLEN & JEZ, L.L.P
GREGORY DONALD BROWN
2800 POST OAK BOULEVARD, SUITE 4000, HOUSTON, TX. 77056
gregory_brown@fleming-law.com
713-621-7944

Foley & Small, LLP
DOUGLAS D SMALL

1002 E JEFFERSON BOULEVARD, SOUTH BEND, IN. 46617
dsmall@foleyandsmall.com
574-288-7676

Forman Law Offices
THEODORE S FORMAN
238 NE 1ST AVENUE, DELRAY BEACH, FL. 33444
ted@formanlawoffices.com
561-266-9998

Franklin D. Azar & Associates, P.C.
FRANKLIN D. AZAR
14426 E EVANS AVE, AURORA, CO. 80014

Frantz Law Group, APLC
WILLIAM B SHINOFF
402 W BROADWAY, SUITE 860, SAN DIEGO, CA. 92101
wshinoff@frantzlawgroup.com
619-233-5945

Frazer PLC
T. ROE FRAZER II
30 BURTON HILLS BLVD, SUITE 450 NASHVILLE, TN. 37215
roe@frazer.law
615-647-6464

Gainsburgh Benjamin
CLAIRE ELIZABETH KREIDER
2800 ENERGY CENTRE, 1100 POYDRAS STREET, NEW ORLEANS, LA. 70163
ckreider@gainsben.com
504-522-2304

Gallon, Takacs & Boissoneault, CO., LPA
JONATHAN MICHAEL ASHTON
1450 ARROWHEAD DRIVE, MAUMEE, OH. 43537
jashton@gallonlaw.com
419-843-2001

Garcia Rainey Blank & Bowerbank
JEFFREY MICHAEL BLANK
695 TOWN CENTER DRIVE, SUITE 700, COSTA MESA, CA. 92626
jblank@garciarainey.com
714-382-7000

Gary Fish, Esq.
GARY STUART FISH
30 VESEY STREET 15TH FLOOR NEW YORK, NY. 10007
garysfishesq@aol.com

212-964-5100

Gattuso & Ciotoli, PLLC
FRANK S GATTUSO
7030 EAST GENESSEE STREET, FAYETTEVILLE, NY. 13066
fgattuso@gclawoffice.com
315-314-8000

Goldenberg Heller & Antognoli, P.C.
THOMAS J LECH
2227 SOUTH STATE ROAD 157, EDWARDSVILLE, IL. 62025
tlech@ghalaw.com
618-656-5150

Gomez Trial Attorneys
LINDSAY R STEVENS
655 W BROADWAY SUITE 1700, SAN DIEGO, CA. 92101
lstevens@gomeztrialattorneys.com
619-237-3490

Goza & Honnold, LLC
BRADLEY D HONNOLD
9500 NALL AVENUE SUITE 400, OVERLAND PARK, KS. 66207
bhonnold@gohonlaw.com
913-451-3433

Grant & Eisenhofer
SINDHU SUSAN DANIEL
123 S JUSTISON STREET, WILMINGTON, DE. 19801
sdaniel@gelaw.com
302-622-7033

Green & Schafle LLC
MICHAEL C SCHAFLE
2332 SOUTH BROAD STREET, PHILADELPHIA, PA. 19145
mschafle@greenlegalteam.com
215-462-3330

Griffin Purnell LLC
SIMON BRIAN PURNELL
615 N UPPER BROADWAY SUITE 900, CORPUS CHRISTI, TX. 78401
simon@griffinpurnell.com
361-500-2804

Gruel Mills Nims & Pylman PLLC
LAURA B DANIELSON
99 MONROE AVENUE NW, SUITE 800, GRAND RAPIDS, MI. 49503
lbdanielson@gmnp.com

616-235-5500

Hafemann, Magee & Thomas
JOHN D. HAFEMANN
340 EISENHOWER DRIVE, SUITE 1313 SAVANNAH, GA. 31406
info@fed-lit.com
912-221-4441

Hair Shunnarah Trial Attorneys
KYLE CHRISTOPHER USNER
3540 SOUTH I-10 SERVICE ROAD, SUITE 300, METAIRIE, LA. 70001
usner@hairshunnarah.com
504-684-5200

Handler, Henning, & Rosenberg
ASHLEY G BEENER
4400 DEER PATH ROAD, SUITE 205, HARRISBURG, PA. 17110
beener@hhrlaw.com
717-222-2222

Hare Wynn Newell & Newton
JASON W EARLEY
2025 THIRD AVE N STE 800 BIRMINGHAM, AL. 35203
jason@hwnn.com
205-328-5330

Harrell & Nowak
ERIC REED NOWAK
909 POYDRAS STREET SUITE 1600, NEW ORLEASE, LA. 70112
enowak@hnjustice.com
504-522-7885

Harris Lowry Manton
SARAH G ADLE
1418 DRESDEN DRIE NE UNIT 205, BROOKHAVEN, GA. 30361
sadle@hlmlawfirm.com
404-961-7650

Hensley Legal Group, PC
KRISTINA J ANDERSON
8350 SUNLIGHT DRIVE SUITE 300, FISHERS, IN. 46037
kanderson@hirehensley.com
317-472-3333

Herd Law Firm, PLLC
BRANDON FRANCIS
19500 TOMBALL PARKWAY, SUITE 250 HOUSTON, TX. 77070
brandon.francis@herdlawfirm.com

713-955-3699

Herrman & Herrman, PLLC
GREGORY H. HERRMAN
1201 3RD ST. CORPUS CHRISTI, TX. 78404
361-882-4357

Hissey, Mulderig & Friend, PLLC
DAVID L FRIEND
1504 WEST AVENUE AUSTIN, TX. 78701
dfriend@hmf-law.com
512-320-9100

Hodges & Foty, LLP
DAVID WAYNE HODGES
4409 MONTROSE BOULEVARD SUITE 200, HOUSTON, TX. 77006
dhodges@hftrialfirm.com
713-523-0001

Holland Law Firm
RANDALL SETH CROMPTON
211 N BROADWAY SUITE 2625, ST. LOUIS, MO. 63101
scrompton@allfela.com
314-241-8111

Hollis Wright Clay & Vail, P.C.
BOBBY JEWELL BELL, JR
2201 MORRIS AVENUE, BIRMINGHAM, AL. 35203
bob@hollis-wright.com
205-324-3600

Holm Law Firm, PLLC
ERIC E HOLM
12 NORTH 35TH STREET, BILLINGS, MT. 59101
eric@holm-law.com
406-252-2900

Hopkins & Huebner, P.C.
R RON POGGE
2700 GRAND AVENUE SUITE 111 DES MOINES, IA. 50312
rpogge@hhlawpc.com
515-244-0111

Huber, Slack, Thomas & Marcelle, LLP
STEPHEN MICHAEL HUBER
1100 POYDRAS STREET SUITE 2200, NEW ORLEASE, LA. 70163
stephen@huberthomaslaw.com
504-274-2500

Hutton & Hutton Law Firm, L.L.C.
BLAKE A SHUART
8100 E 22ND ST SUITE 1200, WICHITA, KS 67226
blake.shuart@huttonlaw.com
316-688-1166

James E. Cazalot, Jr., APLC
JAMES E CAZALOT, JR
550 OLD SPANISH TRIAL SUITE H, SLIDELL, LA. 70458
jim@cazalotlaw.com
985-639-9595

James Esparza Law Firm
JAMES ESPARZA
299 S MAIN STREET 13TH FLOOR, SALT LAKE CITY, UT. 84111
james@jamesesparza.com
801-272-9100

Jason J. Joy & Associates, P.L.L.C.
JASON JOSEPH JOY
909 TEXAS STREET SUITE 1801 HOUSTON, TX. 77002
jason@jasonjoylaw.com
713-221-6500

Jassoy Law Firm
ROBERT KEVIN JASSOY
110 WEST A STREET SUITE 950, SAN DIEGO, CA. 92101
rob@jassoylaw.com
619-233-7441

Joel A. Nash Attorney at Law
JOEL ALAN NASH
4325 MAYFIELD ROAD, CLEVELAND, OH. 44121
jnash25@aol.com
216-691-3000

Joel Bieber Firm
JASON MATTHEW HART
6806 PARAGON PLACE SUITE 100 RICHMOND, VA. 23230
jhart@joelbieber.com
804-358-2200

John R. Mayer, APLC
JOHN ROBERT MAYER
3033 5TH AVENUE SUITE 227, SAN DIEGO, CA. 92103
john@johnrmayer.com
619-255-1357

Johnson Anselmo Murdoch Burke Piper & Hochman PA
SELENA A GIBSON
2455 E SUNRISE BOULEVARD SUITE 100, FORT LAUDERDALE, FL. 33304
gibson@jambg.com
954-463-0100

Johnson Becker
STACY KATHRYN HAUER
444 CEDAR STREET SUITE 1800 SAINT PAUL, MN. 55101
shauer@johnsonbecker.com
612-436-1806

Joseph H. Mattingly III, PLLC
JOSEPH H MATTINGLY, III
PO BOX 678 104 WEST MAIN STREET LEBANON, KY. 40033
joe@mattinglylawoffices.com
270-692-1718

Justinian & Associates PLLC
AMBER MARIE SEU YIN PANG PARRA
7042 ALAMO DOWNS PARKWAY SUITE 370 SAN ANTONIO, TX. 78238
ampp@justinian.com
855-452-5529

K. E. Bradley & Associates, PLLC
KENDRICK E BRADLEY
7070 KNIGHTS COURT, SUITE 601, MISSOURI CITY, TX. 77459
kendrick@kebradleylaw.com
832-440-0585

Kaire & Heffernan, LLC
DAVID ROY HEFFERNAN
999 BRICKELL AVENUE, SUITE 1102, MIAMI, FL. 33131
david@kairelaw.com
305-372-0123

Keller Rohrback LLP
MARK D SAMSON
3101 N. CENTRAL AVENUE, SUITE 1400, PHOENIX, AZ. 85012
msamson@kellerrohrback.com
602-230-6323

Kevin S. Laine, Law Offices
KEVIN S LAINE
1104 ORLEANS STREET, BEAUMONT, TX. 77701
klaine1@msn.com
409-838-4040

Kirkendall Dwyer LLP
BLAIR BERTRAM MATYSZCZYK
605 W 47TH STREET SUITE 208, KANSAS CITY, MO. 64112
bmatyszczyk@kirkendalldwyer.com
214-271-4027

Kirtland & Packard LLP
1638 S Pacific Coast Hwy, Redondo Beach, CA 90277
310-536-1000

Kopelowitz Ostrow PA
JEFFREY MILES OSTROW
1 W LAS OLAS BOULEVARD 5TH FLOOR, FORT LAUDERDALE, FL. 33301
ostrow@kolawyers.com
954-525-4100

Koskoff Koskoff & Bieder PC
CHRISTOPHER MATTEI
350 FAIRFIELD AVENUE, 5TH FLOOR, BRIDGEPORT, CT. 06604
cmattei@koskoff.com
203-336-4421

Krupnick, Campbell, Malone,  Buser, Slama, Hancock P.A.
BLAKE V DOLMAN
12 SE 7TH STREET SUITE 801, FORT LAUDERDALE, FL. 33301
bdolman@krupnicklaw.com
954-763-8181

Laird, Baker & Blackstock, LLC
WESLEY L. LAIRD
501 NORTH MAIN STREET OPP, ALABAMA  36467
Wes@LBBLawFirm.com
334-493-9716

Laminack Pirtle & Martines
RICHARD N LAMINACK
5020 MONTROSE BLVD, 9TH FLOOR HOUSTON, TX 77006-6533
rickl@lpm-triallaw.com
713-292-2750

LANGSTON & LOTT, PLLC
CASEY LANGSTON LOTT
100 SOUTH MAIN STREET BOONEVILLE, MS 38829
info@langstonlott.com
662-554-4000

Larry D. Drury, Ltd.

LARRY D. DRURY
100 NORTH LASALLE STREET SUITE 1500 CHICAGO, ILLINOIS 60602-2409
ldd@larrydrury.com
312-346-7950

Law Office of Gregory J. Pagano
VINCE PAGANO
1070 NORTH MILWAUKEE AVENUE CHICAGO, ILLINOIS 60642
vince@vincepagano.com
773-616-0588

Law Office of Jinan M. Hamood
JINAN M. HAMOOD
402 W. LIBERTY ST. ANN ARBOR, MI 48103
JMHLAW@annarborlegal.com
734-355-5666

Law Office of Martin L. Glink
MARTIN L. GLINK
1655 N. ARLINGTON HEIGHTS ROAD SUITE 100 EAST ARLINGTON HEIGHTS, IL
60004
info@glinklaw.com
847-394-4900

Law Office of Michelle N. Holmes, LLC
MICHELLE N. HOLMES
49 LEAVENWORTH STREET, SUITE 200 WATERBURY, CONNECTICUT 06702
michelle@mholmeslaw.com
203-596-1091

Law Office of Ryan A Nelson PLLC
RYAN A. NELSON
800 W BROAD ST STE 100, #111 FALLS CHURCH 22040-9998
adroitegroup@gmail.com
703-463-1741

Law Office of Steven Gacovino, PLLC
RICHARD ZGODA , JR
270 W MAIN STREET SAYVILLE, NY 11782
rich@gaclawyer.com
631-609-4500

Law Offices of Charles H. Johnson, P.A.
CHARLES H. JOHNSON

2599 MISSISSIPPI STREET, NEW BRIGHTON, MN 55112, US
Bdehkes@charleshjohnsonlaw.com
651-633-5685

Law Offices of Fred Tromberg
FRED TROMBERG
4925 BEACH BOULEVARD JACKSONVILLE, FL 32207
tromberglaw@bellsouth.net
904-297-2063

Law Offices of J. Scott Marsik
J. SCOTT MARSIK
3341 HOBSON ROAD SUITE A WOODRIDGE, IL 60517
jsmarsik@sbcglobal.net
630-971-3600

Law Offices of James Scott Farrin
MICHAEL F. ROESSLER
280 SOUTH MANGUM STREET SUITE 400, DURHAM, NC 27701
mroessler@farrin.com
800-220-7321

Law Offices of Jan K. Apo
JAN K. APO
24 N. CHURCH STREET, SUITE 302 WAILUKU, HAWAII 96793
info@jankapo.com
808-244-6073

Law Offices of Jeffrey E. Marion
JEFFREY E. MARION
5839 MAIN STREET, SUITE 104 WILLIAMSVILLE, NY 14221
hibsgaffer@jeffmarionlaw.com
716-589-6655

Law Offices of Jeffrey R. Lessin, P.C.
JEFFREY LESSIN
1515 MARKET STREET, SUITE 1650 PHILADELPHIA, PA 19102
j.lessin@lessinlaw.com
215-599-1400

Law Offices of Jeffrey R. Lessin, P.C.
JEFFREY LESSIN
1515 MARKET STREET, SUITE 1650 PHILADELPHIA, PA 19102
j.lessin@lessinlaw.com
215-599-1400

Law Offices of Keith Lovelace
KEITH LOVELACE
8303 SOUTHWEST FWY SUITE 975 HOUSTON, TX 77074-1622
klovelace@lovelacefirm.com
713-777-0500

Law Offices of Peter G. Angelos, P.C.
PETER G. ANGELOS
100 NORTH CHARLES STREET BALTIMORE, MD 21201
LAngelos@lawpga.com
410-673-4397

Law Offices of Terence J. Sweeney, Esq.
TERENCE J. SWEENEY
44 FAIRMOUNT AVENUE SUITE 1, CHATHAM, NEW JERSEY 07928
SWEENEYLAWFIRM@OPTONLINE.NET
973-665-0400

Lear Werts LLP
TODD C WERTS
103 RIPLEY STREET, COLUMBIA, MISSOURI 65201
werts@learwerts.com
573-875-1991

Leefe Gibbs Sullivan & Dupre
JERRY W SULLIVAN
3900 NORTH CAUSEWAY BOULEVARD, SUITE 1470, METAIRIE, LOUISIANA 70002
jwsullivan@sdslawllc.com
504-830-3939

Leger Ketchum & Cohoon, PLLC
BRADLEY L LEGER
10077 GROGAN'S MILL ROAD, SUITE 325, THE WOODLANDS, TEXAS 77380
bleger@lkclawfirm.com
832-764-7200

Levin Papantonio Rafferty
MARTIN LEVIN
316 SOUTH BAYLEN STREET, PENSACOLA, FL 32502
mlevin@levinlaw.com
850-435-7123

Levin Sedran & Berman
ARNOLD LEVIN
510 WALNUT STREET, SUITE 500, PHILADELPHIA, PENNSYLVANIA 19106-3697
alevin@lfsblaw.com
215-592-1500

Levy Baldante Finney & Rubenstein
MARTIN GLENN RUBENSTEIN
1845 WALNUT STREET SUITE 1300, PHILADELPHIA, PA 19103
rubenstein@levybaldante.com
215-735-1616

Liakos Law
JEN LIAKOS
955 DEEP VALLEY DRIVE, SUITE 3900, PALOS VERDES PENINSULA, CA 90274
Jenn@jennliakoslaw.com
310-961-0066

Lieff Cabraser Heimann & Bernstein, LLP
ELIZABETH J. CABRASER
275 BATTERY STREET, SUITE 2900, SAN FRANCISCO, CA 94111
ecabraser@lchb.com
415-956-1000

Lockridge Grindal Nauen
RICHARD A. LOCKRIDGE
100 WASHINGTON AVENUE SOUTH, SUITE 2200 MINNEAPOLIS, MINNESOTA 55401-2159
RALOCKRIDGE@LOCKLAW.COM
612-339-6900

Mansfield, Melancon, Cranmer & Dick, LLC
SCOTT MANSFIELD
318 HARRISON AVENUE NEW ORLEANS, LA 70124
scott@mmcdlaw.com
504-814-1495

Martin & Jones, PLLC
CARRIE R GUEST
4140 PARKLAKE AVENUE SUITE 400, RALEIGH, NC 27612
crg@m-j.com
919-355-9936

Matthews & Associates
CANDICE LYNN MCNABB
16518 E KINGSCOATE DRIVE CROSBY, TX 77532
cmcnabb@thematthewslawfirm.com
832-435-5471

Mayes Telles
JOSHUA BLAKE MAYES
3636 N. CENTRAL AVENUE, SUITE 1000, PHOENIX, AZ. 85012
blake@mayestelles.com
602-714-7900

McCormick Law Firm
MARK MCCORMICK
225 E. MAIN ST., OLNEY, IL. 62450
markmccormicklaw@gmail.com

618-388-3699

McCORVEY LAW, LLC
DERRIEL MCCORVEY
MCCORVEY LAW, LLC 102 VERSAILLES BLVD. SUITE 620, LAFAYETTE, LOUISIANA
70501
derriel@mccorveylaw.com
337-291-2431

McCune Wright Arevalo
RICHARD D. MCCUNE
3281 EAST GUASTI ROAD SUITE 100, ONTARIO, CA 91761
rdm@mccunewright.com
602-926-7797

McDonald Worley
MCDONALD SCOTT WORLEY
1770 ST JAMES PL, SUITE 100, HOUSTON, TX 77056
don@mcdonaldworley.com
713-523-5500

McGowan Hood & Felder
CHAD ALAN MCGOWAN
1539 HEALTH CARE DR, ROCK HILL, SC 29732
cmcgowan@mcgowanhood.com
803-327-7800

McIntyre Thanasides Bringgold Elliott Grimaldi Guito & Matthews, P.A.
RALPH M GUITO , III
500 E. KENNEDY BLVD., SUITE 200, TAMPA, FL 33602
ralph@mcintyrefirm.com
813-223-0000

McSweeney/Langevin LLC
RHETT A. MCSWEENEY
2116 2ND AVE S, MINNEAPOLIS, MN 55404
RAM@WeStrikeBack.com
612-746-4646

Meshbesher & Spence, Ltd.
JAMES B SHEEHY
1616 PARK AVENUE MINNEAPOLIS, MN 55404
jbsheehy@meshbesher.com
612-339-9121

Messa & Associates
JOSEPH L. MESSA
123 S 22ND ST. PHILADELPHIA, PA 19103

jmessa@messalaw.com
215-568-3500

Milavetz, Gallop & Millavetz PA
BARBARA N NEVIN
1915 57TH AVE N BROOKLYN CENTER, MN 55430
bnevin@milavetzlaw.com

763-878-6177

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC
DANIEL K. BRYSON
800 S. GAY STREET, SUITE 1100, KNOXVILLE, TENNESSEE 37929
dbryson@milberg.com
919-600-5002

Milstein Jackson Fairchild & Wade, LLP
MARK MILSTEIN
10990 WILSHIRE BOULEVARD EIGHTH FLOOR, LOS ANGELES, CA 90024
mmilstein@mjfwlaw.com
888-835-8055

Moll Law Group
KEN MOLL
22 W WASHINGTON ST 15TH FLOOR, CHICAGO, IL 60602
kmoll@molllawgroup.com
312-462-1700

Monsour Law Firm
DOUGLAS C. MONSOUR
404 NORTH GREEN STREET, LONGVIEW, TX 75601
info@monsourlawfirm.com
903-999-9999

Montgomery Ponder, LLC
LUKE MONTGOMERY
2226 1ST AVENUE SOUTH, UNIT 105, BIRMINGHAM, AL 35233
luke@montgomeryponder.com
205-201-0303

Montiel Hodge LLC
MARK G. MONTIEL, JR.
400 POYDRAS ST. SUITE 2325, NEW ORLEANS, LA. 70130
mmontiel@montielhodge.com
504-323-5885

Moore Law Group, PLLC
JENNIFER ANN MOORE

1473 SOUTH 4TH STREET LOUISVILLE, KY. 40208
mary@moorelawgroup.com
502-717-4080

Morris Bart, LLC
RICHARD L ROOT
601 POYDRAS STREET STE 24TH FLOOR NEW ORLEANS, LA 70130
rroot@morrisbart.com
504-525-8000

Morris, Cary, Andrews, Talmadge & Driggers, LLC
JOSEPH DANIEL TALMADGE, JR
3334 ROSS CLARK CIRCLE DOTHAN, AL 36302
dtalmadge@mcatlaw.com
334-702-0000

Mostyn Law
CAROLINE L MAIDA
3810 W ALABAMA ST, HOUSTON, TX 77027
epefile@mostynlaw.com
713-714-0000

Motley Rice, LLC
JONATHAN D ORENT
55 CEDAR STREET SUITE 100 PROVIDENCE, RI 02903
jorent@motleyrice.com
401-457-7700

Murphy Law Firm
PEYTON PATRICK MURPHY
2354 SOUTH ACADIA THRUWAY BATON ROUGE, LA 70808
peyton@murphylawfirm.com
225-928-8800

Murphy Law Group, P.C.
MARK RYAN MURPHY
719 S FLORES STREET SAN ANTONIO, TX 78204
mark@murphylawtexas.com
210-853-5882

Napoli Shkolnik PLLC
BRETT SCOTT BUSTAMANTE
400 BROADHOLLOW ROAD SUITE 305 MELVILLE, NY 11747
bbustamante@napolilaw.com
212-397-1000

Nash and Franciskato Law Firm
DEAN EDWARD NASH

2300 MAIN STREET SUITE 170 KANSAS CITY, MO 64108
deannash@nashfranciskato.com
816-221-6600

O'Bell Law Firm, LLC
ERIC J O'BELL
3500 N HULLEN STREET METAIRIE, LA 70002
ejo@obelllawfirm.com
504-456-8677

Oliver Law Group P.C.
ALYSON OLIVER
1647 W BIG BEAVER ROAD TROY, MI 48084
notifications@oliverlawgroup.com
248-327-6556

OnderLaw, LLC
GERARDO L GUERRA
110 E Lockwood Ave, St. louis, MO 63119
guerra@onderlaw.com
314-408-6136

Orr & Reno, PA
NATHANIEL B MORSE
45 S MAIN STREET CONCORD, NH 03301
nmorse@orr-reno.com
603-223-9182

Parafinczuk Wolf, P.A.
JUSTIN R PARAFINCZUK
9050 PINES BOULEVARD SUITE 450-02 PEMBROKE PINES, FL 33024
jparafinczuk@parawolf.com
754-799-3278

Parham Smith & Archenhold LLC
ASHLEE EDWARDS WINKLER
15 WASHINGTON PARK GREENVILLE, SC 29601
awinkler@parhamlaw.com
864-242-9008

Parker Waichman LLP
MELANIE MUHLSTOCK
6 HARBOR PARK DRIVE PORT WASHINGTON, NY 11050
mmuhlstock@yourlawyer.com
516-466-6500

Paul LLP
RICHARD M PAUL, III

601 WALNUT STREET SUITE 300 KANSAS CITY, MO 64106
Rick@PaulLLP.com
816-984-8100

Pearson, Randall & Schumacher, P.A.
STEPHEN J RANDALL
310 4TH AVENUE S SUITE 5010 MINNEAPOLIS, MN 55415
srandall@prslegal.com
612-767-7500

Pennock Law Firm LLC
SHANNON M PENNOCK
299 PAVONIA AVENUE 2-10 JERSEY CITY, NJ 07302
shannonpennock@pennocklawfirm.com
212-967-4213

Pepper & Odom
STACY EVERETT PEPPER
420 NORTHPARK DRIVE RIDGELAND, MS 39157
everett@pepperodom.com
601-202-1111

Peterson & Associates, P.C.
NICHOLAS SCOTT CLEVENGER
801 W 47TH STREET SUITE 107 KANSAS CITY, MO 64112
nsc@petersonlawfirm.com
816-531-4440

Phipps Deacon Purnell PLLC
MARTIN J PHIPPS
102 9TH STREET SAN ANTONIO, TX 78215
mphipps@phippsortiztalafuse.com
210-340-9877

Pita Weber Del Prado
RANDY MARC WEBER
9350 SOUTH DIXIE HIGHWAY  SUITE 1200 MIAMI, FL 33156
rmweber@pwdlawfirm.com
305-670-2889

Pittman, Dutton & Hellums, P.C.
EMILY CATHERINE IRVIN
2001 PARK PLACE NORTH SUITE 1100 BIRMINGHAM, AL 35203
emily@pittmandutton.com
205-322-8880

Pogust Millrood, LLC
DANIEL JOHN HARRISON

8 TOWER BRIDGE SUITE 940 161 WASHINGTON STREET CONSHOHOCKEN, PA 19428
dharrison@pogustmillrood.com
610-941-4204

Pope McGlamry
COURTNEY LYNN MOHAMMADI
3391 PEACHTREE ROAD SUITE 300 ATLANTA, GA 30326
courtneymohammadi@pmkm.com
404-523-7706

Porter & Malouf, P.A.
TIMOTHY W PORTER
825 RIDGEWOOD ROAD RIDGELAND, MS 39157
tim@portermalouf.com
601-957-1173

Pratt Clay, LLC
BRADLEY W PRATT
4401 NORTHSIDE PKWY NW SUITE 390, ATLANTA, GA 30327
bradley@prattclay.com
404-949-8118

Preuss | Foster
SHAWN G FOSTER
10601 MISSION ROAD SUITE 250 LEAWOOD, KS 66206
sfoster@pflaw.com
816-307-2788

Rappaport, Glass, Levine & Zullo LLP
THOMAS P VALET
1355 MOTOR PARKWAY ISLANDIA, NY 11749
tvalet@rapplaw.com
631-293-2300

Rasmussen Law Firm, LLC
KRISTIAN RASMUSSEN
2343 RIVER GRAND DRIVE BIRMINGHAM, AL 35243
Krasmussen@KRfirm.com
205-529-1559

Ready Law LLC
EDWARD A READY
2901 RIDGELAKE DRIVE SUITE 205 METAIRIE, LA 70002
eaready@gmail.com
504-292-7375

Reardon Law Firm
KELLY E REARDON

160 HEMPSTEAD STREET NEW LONDON, CT 06320
kreardon@reardonlaw.com
860-442-0444

Reardon Law Firm
KELLY E REARDON
160 HEMPSTEAD STREET NEW LONDON, CT 06320
kreardon@reardonlaw.com
860-442-0444

Reich and Binstock, LLP
JOSHUA HENRY BAUER
4265 SAN FELIPE STE 1000 HOUSTON, TX 77027
jbauer@reichandbinstock.com
713-622-7271

Rhine Law Firm, PC
MARTIN A RAMEY
1612 MILITARY CUTOFF ROAD SUITE 300 WILMINGTON, NC 28403
mjr@rhinelawfirm.com
910-772-9960

Riemann Injury Litigation LLC
TIMOTHY JAMES RIEMANN
1600 GENESSEE STREET SUITE 860 KANSAS CITY, MO 64102
tim@injurylit.com
816-348-3003

Rittgers & Rittgers
LINDSAY A LAWRENCE
12 E WARREN ST LEBANON, OH 45036
lindsay@rittgers.com
513-932-2115

Robinson Calcagnie, Inc.
MARK PARKER ROBINSON, JR
19 CORPORATE PLAZA DRIVE NEWPORT BEACH, CA 92660
mrobinson@robinsonfirm.com
949-720-1288

Rogers Law Group
ROBERT C ROGERS, JR
400 SE 12TH STREET BUILDING B FORT LAUDERDALE, FL 33316
robert.rogers@rogerslegalfirm.com
954-999-5807

Rogers, Patrick, Westbrook & Brickman, LLC
ELIZABETH MIDDLETON BURKE

1037 CHUCK DAWLEY BOULEVARD MOUNT PLEASANT, SC 29464
bburke@rpwb.com
843-727-6500

Rosen Injury Lawyers
JOSEPH JOHN FANTINI
101 GREENWOOD AVENUE SUITE 440 JENKINTOWN, PA 19046
jfantini@roseninjurylawyers.com
215-310-9730

Rusty Hardin & Associates LLP
RYAN KEES HIGGINS
1401 MCKINNEY STREET SUITE 2250 HOUSTON,TX 77010
rhiggins@rustyhardin.com
713-652-9000

Saltz, Mongeluzzi, Barrett & Bendesky, P.C.
ROBERT WILLIAM ZIMMERMAN
1650 MARKET STREET 52ND FLOOR PHILADELPHIA, PA 19103
DPHayes@smbb.com
215-575-3898

Sanders Poulson Woolford, LLC
LARRY R WOOLFORD
636 HARRIS STREET JUNEAU, AK 99801
larry@spw.law
907-586-6529

Saunders & Walker PA
JOSEPH H SAUNDERS
PO BOX 1637 PINELLAS PARK, FL 337801637
joe@saunderslawyers.com
727-579-4500

Schlesinger Law Offices, P.A.
JEFFREY LOUIS HABERMAN
1212 SE 3RD AVE FORT LAUDERDALE, FL 33316
JHaberman@schlesingerlaw.com
954-320-9507

Schneider Hammers LLC
MOLLY CATHERINE LONG
5555 GLENRIDGE CON SUITE 975, ATLANTA, GA 30342
molly@schneiderhammers.com
770-900-9000

Schrom, Shaffer & Botel, PC

GERARD K SCHROM
4 WEST FRONT STREET MEDIA, PA 19063
emalloy@schromandshaffer.com
610-565-5050

Scott Alexander
HYLMAR SCOTT ALEXANDER
2615 CALDER AVENUE SUITE 240 BEAUMONT, TX 77702
cazaux1234@gmail.com
409-351-3807

Searcy Denney Scarola Barnhart and Shipley
KATHERINE ANN KIZIAH
2139 PALM BEACH LAKES BLVD WEST PALM BEACH, FL 33409
kkiziah@searcylaw.com
561-686-6300

Seidman Margulis & Fairman, LLP
DANIEL ROBERT SEIDMAN
110 W MAIN STREET SUITE 110 BELLEVILLE, IL 62220
dseidman@seidmanlaw.net
314-238-1342

Shaheen and Gordon
D MICHAEL NOONAN
353 CENTRAL AVENUE 2ND FLOOR PO BOX 977 DOVER, NH 03821-0977
mnoonan@shaheengordon.com
603-749-5000

Sharpless McClearn Lester Duffy PA
EUGENE E LESTER, III
200 SOUTH ELM STREET SUITE 400 GREENSBORO, NC 27401
elester@sharplesslaw.com
336-333-6382

Shunnarah Injury Lawyers, PC
2900 1ST AVE S, BIRMINGHAM, AL 35233
Tmarston@asilpc.com
205-983-8501

Shunnarah Vail Trial Attorneys, P.C.
2900 1ST AVE S, BIRMINGHAM, AL 35233
Tmarston@asilpc.com
205-983-8501

Simmons Hanly Conroy
JOHN J FOLEY
ONE COURT STREET ALTON, IL 62002

jfoley@simmonsfirm.com
618-259-2222

Singleton Schreiber, LLP
GERALD B SINGLETON
591 CAMINO DE LA REINA SUITE 1025 SAN DIEGO, CA 92108
gsingleton@ssmsjustice.com
619-771-3473

SKOL Legal
BROCK A CHWIALKOWSKI
28202 CABOT ROAD SUITE 300 LAGUNA NIGUEL, CA 92677
brock@skol-legal.com
949-365-5742

SL Chapman LLC
BRADLEY MATTHEW LAKIN
10805 SUNSET OFFICE DRIVE SUITE 300 ST LOUIS, MO 63127
Bradl@championsfortheinjured.com
314-588-9300

Slater Slater Schulman LLP
JONATHAN ERIC SCHULMAN
445 BROAD HOLLOW ROAD SUITE 419 MELVILLE, NY 11747
jschulman@sssfirm.com
631-420-9300

Slocumb Law
CHARLES WALKER BEENE
145 E MAGNOLIA AVENUE SUITE 201 AUBURN, AL 36830
cbeene@slocumblaw.com
334-741-4110

Smith, Gildea & Schmidt, LLC
CARMELO DOMENICO MORABITO
600 WASHINGTON AVENUE SUITE 200 TOWSON, MD 21204
cmorabito@sgs-law.com
410-821-0070

Sommers Schwartz
LISA MICHELLE ESSER
ONE TOWNE SQUARE SUITE 1700 SOUTHFIELD, MI 48076
lesser@sommerspc.com
248-355-0300

Spohrer & Dodd
KEITH L MAYNARD
76 S LAURA STREET SUITE 1701 JACKSONVILLE, FL 32202

kmaynard@sdlitigation.com
904-309-6500

Stueve Siegel Hanson
ABBY ELIZABETH MCCLELLAN
460 NICHOLS RD STE 200 KANSAS CITY, MO 64112
mcclellan@stuevesiegel.com
816-714-7100

Sudduth & Associates LLC
JAMES R MORRIS
1109 PITHON STREET LAKE CHARLES, LA 70601
jim@saa.legal
337-480-0101

Sugarman
WILLIAM L WALSH
31 ST JAMES AVENUE 10TH FLOOR BOSTON, MA 02116
wwalsh@sugarman.com
617-542-1000

Sullivan & Brill, LLP
JOSEPH F SULLIVAN
110 E 59TH STREET 23RD FLOOR NEW YORK, NY 10022
joseph.sullivan@sullivanbrill.com
212-566-1000

Sullivan Papain Block McGrath Coffinas & Cannavo P.C.
CRAIG M SILVERMAN
120 BROADWAY 27TH FLOOR NEW YORK, NY 10271
csilverman@triallaw1.com
212-266-4125

Summers & Johnson, P.C.
AARON CLARK JOHNSON
717 THOMAS WESTON, MO 64098
aaron@summersandjohnson.com
816-640-9940

Suthers & Harper
DAVID ADAM HARPER
119 WEST PERRY STREET PO BOX 8847 SAVANNAH, GA 31412
adam@sutherslaw.com
912-232-6767

Swartz & Swartz
CATHERINE DRISLANE
10 MARSHALL STREET BOSTON, MA 02108

cdrislane@swartzlaw.com
617-742-1900

Taylor Martino, P.C.
AMANDA DOUGLAS SUMMERLIN
455 ST LOUIS STREET SUITE 2100 MOBILE, AL 36602
asummerlin@taylormartino.com
251-433-3131

Terrell Hogan
CHRISTOPHER N SHAKIB
233 E BAY STREET 8TH FLOOR JACKSONVILLE, FL 32202
shakib@terrellhogan.com
904-632-2424

The Carlson Law Firm
CRAIG WILLIAM CARLSON
100 E CENTRAL TEXAS EXPRESSWAY KILLEEN, TX 76541
ccarlson@carlsonattorneys.com
254-526-5688

The Cochran Firm - Dothan
JESSICA KRAMER GIVENS
111 EAST MAIN DOTHAN, AL 36301
jessicagivens@cochranfirm.com
334-673-1555

The Downs Law Group
WILLIAM THOMAS RIEDER, JR
3250 MARY STREET SUITE 307 COCONUT GROVE, FL 33133
wrieder@downslawgroup.com
305-444-8226

The Emanuel Firm, P.A.
CHARLES EDWARD EMANUEL, JR
545 DELANEY AVENUE BUILDING 9 ORLANDO, FL 32801
charles@theemanuelfirm.com
407-412-7376

The Ferraro Law Firm
DAVID AARON JAGOLINZER
600 BRICKELL AVE STE 3800 MIAMI, FL 33131
daj@ferrarolaw.com
305-375-0111

The Finley Firm, PC
AMY C DAUGHERTY
200 13TH STREET COLUMBUS, GA 31901

adaugherty@thefinleyfirm.com
706-322-6226

The Gallagher Law Firm PLLC
MICHAEL T GALLAGHER
2905 SACKETT STREET HOUSTON, TX 77098
mike@gld-law.com
713-222-8080

The Hirsch Law Firm
ANDREA SOLOMON HIRSCH
230 PEACHTREE STREET SUITE 2260 ATLANTA, GA 30303
andrea@thehirschlawfirm.com
404-487-6552

The James Wood Law Firm, PLLC
LEWIS JAMES WOOD
508 POWELL STREET AUSTIN, TX 78703
contact@lineofdutylaw.com
512-692-9266

The Kuykendall Group LLc
FREDERICK THURMAN KUYKENDALL , III
2013 1ST AVE N #400, BIRMINGHAM, AL 35203
attorneynotice@thekuykendallgroup.com
205-252-6127

The Lanier Law Firm
CRISTINA DELISE
126 E 56TH STREET NEW YORK, NY 10022
cristina.delise@lanierlawfirm.com
212-421-2800

The Law Office of L. Paul Mankin
LEE PAUL MANKIN, IV
4655 CASS STREET SUITE 410 SAN DIEGO, CA 92109-2810
pmankin@paulmankin.com
415-505-5996

The Law Offices of Brandee J.K. Faria
BRANDEE FARIA
841 BISHOP STREET SUITE 505 HONOLULU, HI 96813
rob@farialawfirm.com
808-523-2300

The Law Offices of Jeffrey S. Glassman
JEFF GLASSMAN
1 INTERNATIONAL PL UNIT 1810, BOSTON, MA 02110

jeff@jeffreyglassman.com
617-777-7777

The Moody Law Firm
WILLARD J MOODY, JR
500 CRAWFORD STREET SUITE 200 PORTSMOUTH, VA 23704
will@moodyrrlaw.com
757-393-4093

The Moskowitz Law Firm
ADAM MATTHEW MOSKOWITZ
2 ALHAMBRA PLAZA SUITE 601 CORAL GABLES, FL 33134-5269
adam@moskowitz-law.com
305-740-1423

The Murray Law Firm
100 N PROSPECT AVE, PARK RIDGE, IL 60068
SMURRAY@MURRAYLAWCHICAGO.COM
773-419-6494

The Rousso Law Firm
9350 S DIXIE HWY SUITE 1520, MIAMI, FL 33156
888-241-4225

The Russo Firm
301 W ATLANTIC AVE, DELRAY BEACH, FL 33444
844-847-8300

The Simon Law Firm, P.C.
225 W WASHINGTON ST STE 2200, CHICAGO, IL 60606
david@simonlg.com
847-668-1191

The Spencer Law Firm
JAMES PATRICK LAMEY
4635 SOUTHWEST FREEWAY SUITE 900 HOUSTON, TX 77027-7139
jameslamey@spencer-law.com
713-961-7770

The Webster Law Firm
JASON CHARLES WEBSTER
6200 SAVOY DRIVE SUITE 150 HOUSTON, TX 77036
Filing@thewebsterlawfirm.com
713-581-3900

Thomas J Henry
LESLEY CATHERINE PANISZCZYN
521 STARR STREET CORPUS CHRISTI, TX 78401

lpan.3m@thomasjhenrylaw.com
361-985-0600

Thornhill Law Firm
TOMMY W THORNHILL
1308 9TH ST, SLIDELL, LA 70458
tom@thornhilllawfirm.com
985-641-5010

Thornton Law Firm
LEAH M MCMORRIS
1 LINCOLN ST., 13TH FL. STATE STREET FINANCIAL CENTER BOSTON, MA 02111
lmcmorris@tenlaw.com
617-720-1333

Tim L. Bowden, Attorney at Law
TIM L BOWDEN
306 NORTHCREEK BLVD, GOODLETTSVILLE, TN 37072
bowden_law@bellsouth.net
615-241-5255

Tirado-Luciano & Tirado
ALEJANDRO JOSE TIRADO-LUCIANO
2655 LE JEUNE ROAD SUITE 1109 CORAL GABLES, FL 33134
atl@tltirado.com
305-390-2320

Tomasik Kotin Kasserman, LLC
161 N CLARK ST #3050, CHICAGO, IL 60601
312-605-8800

TorHoerman Law LLC
STEVEN DEAN DAVIS
227 W MONROE ST #2650, CHICAGO, IL 60606
sdavis@thlawyer.com
312-313-2273

Tracey & Fox Law Firm
SHAWN FOX
440 LOUISIANA ST UNIT 1901, HOUSTON, TX 77002
sfox@traceylawfirm.com
713-495-2333

VB Attorneys
BRIAN AUGUSTUS BECKCOM
6363 WOODWAY DRIVE HOUSTON, TX 77057
brian@vbattorneys.com
713-224-7800

Vecchio & Vecchio
LAURA VECCHIO MCCASKILL
901 AVENUE K GRAND PRAIRIE, TX 75050
vecchiolaw@verizon.net
972-647-1607

Venezia & Associates, APLC
JOHN A VENEZIA
650 POYDRAS STREET SUITE 2828 NEW ORLEANS, LA 70130
johnvenezia@venezialaw.net
504-486-3910

Vickery & Shepherd, LLP
FRED HOWARD SHEPHERD, III
10000 MEMORIAL DRIVE SUITE 750 HOUSTON, TX 77024-3485
fred@justiceseekers.com
713-526-1100

Wagstaff & Cartmell, LLP
TOM CARTMELL
4740 GRAND AVE #300, KANSAS CITY, MO 64112
tcartmell@wcllp.com
816-701-1100

Wallace Miller
EDWARD ANTHONY WALLACE
150 N WACKER DRIVE SUITE 1100 CHICAGO, IL 60606
eaw@wallacemiller.com
312-261-6193

Walters Renwick Richards Skeens & Vaughan, P.C.
KAREN W RENWICK
1100 MAIN STREET 2500 CITY CENTER SQUARE KANSAS CITY, MO 64105
krenwick@wrrsvlaw.com
816-421-6620

Waters Kraus
LESLIE C MACLEAN
3141 HOOD ST #700, DALLAS, TX 75219
lmaclean@waterskraus.com
866-297-4524

Weintraub Law
ADAM WEINTRAUB
10 S LA SALLE ST #2424, CHICAGO, IL 60603
aweintraub@ahwfirm.com
312-726-1021

Weller, Green, Toups & Terrell, LLP
MITCHELL A TOUPS
2615 CALDER SUITE 400 BEAUMONT, TX 77704
matoups@wgttlaw.com
409-838-0101

Wells & Associates, PLLC
MURRAY BRUCE WELLS
81 MONROE AVE SUITE 200, MEMPHIS, TN 38103
wells@thewellsfirm.com
901-808-0000

Wendt Law Firm, PC
SAMUEL M WENDT
4717 GRAND AVENUE SUITE 130 KANSAS CITY, MO 64112
sam@wendtlaw.com
816-531-4415

Wenholz Dow P.C.
SEAN BURTON SWORDS
9433 BEE CAVES RD STE. 1-200, AUSTIN, TX 78733
sswords@wenholzdow.com
512-478-2211

Wiggins, Childs, Pantazis, Fisher, & Goldfarb LLC
DENNIS G PANTAZIS, JR
301 19TH ST N, BIRMINGHAM, AL 35203
dgpjr@wigginschilds.com
205-314-0500

William Petros Law
BRETT J NOVICK
4090 LAGUNA ST # 2, CORAL GABLES, FL 33146
bnovick@petroslaw.com
305-446-3699

Williams DeClark Tuschman Co., L.P.A.
626 MADISON AVE SUITE 800, TOLEDO, OH 43604
ctuschman@wdtlaw.org
419-719-5195

Wilson Law, P.A.
KIMBERLY WILSON WHITE
434 FAYETTEVILLE ST SUITE 2060, RALEIGH, NC 27601
kim@wilsonlawpa.com
919-800-0919
Wood Law Firm, LLC

303 W MADISON ST SUITE 2650, CHICAGO, IL 60606
312-554-8600

Wright & Schulte, LLC
865 S DIXIE DR, VANDALIA, OH 45377
rschulte@yourlegalhelp.com
937-435-7500

Zoll & Kranz, LLC
CARASUSANA B WALL
6620 CENTRAL AVE SUITE 100, TOLEDO, OH 43617
cara@toledolaw.com
419-841-9623

Dated:  August 5, 2022

_/s/ Ashley C. Keller_
Ashley C. Keller
ack@kellerpostman.com
**KELLER POSTMAN LLC**
150 North Riverside Plaza, Suite 4100
Chicago, Illinois  60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502

Creditor (party) in tag-along action
Counsel of record in tag-along action