BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: 3M COMBAT ARMS EARPLUG
PRODUCTS LIABILITY LITIGATION

MDL DOCKET NO. 2885

NOTICE OF POTENTIAL TAG-ALONG ACTION

In accordance with Rule 7.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, undersigned counsel writes to notify you of the potential tag along action listed on the attached Schedule of Action. Undersigned counsel's firm, Keller Postman LLC, is counsel to the Plaintiff in this action.

A docket sheet and the complaint are attached.

*/s/ Ashley C. Keller*
Ashley C. Keller
ack@kellerpostman.com
**KELLER POSTMAN LLC**
150 North Riverside Plaza, Suite 4100
Chicago, Illinois 60606
Telephone: (312) 741-5220
Facsimile: (312) 971-3502

Counsel to Plaintiff in Tag-Along Action